IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, MICHAEL DOYLE, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, ROGER REED, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 14-cv-10457<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF GINA M. TUFARO IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL

I, GINA M. TUFARO, pursuant to 28 U.S.C. § 1746, declare the following under the penalty of perjury of the laws of the United States:

1. I am over the age of 18 and have personal knowledge of the facts set forth herein, which are known to me to be true and correct. I could and would testify competently about the matters set forth herein if called upon to do so.

2. I am an attorney admitted to the practice of law in the State of New York. I am a partner of the law firm of Paradis Law Group, PLLC ("PLG"), which represents the named Plaintiffs in this matter, Heather Wright, Carole Stewart, Jeanette Childress, Michael Doyle, Robert Jordan, Sean Halbert, Dana Skelton, Roger Reed, Vanessa Ruggles and Rose Somers.

3. I respectfully submit this Declaration in support of Plaintiffs' Motion To Appoint Interim Co-Lead Class Counsel.

4. Since February 21, 2014, a total of five putative class action lawsuits alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 by Nationstar Mortgage LLC ("Nationstar") have been filed in various federal courts around the country. These actions include:

(i) *Jordan v. Nationstar Mortgage LLC*, 14-cv-787, filed on February 21, 2014 in the Northern District of California (the "*Jordan* Action");

(ii) *Ruggles v. Nationstar Mortgage LLC*, 14-cv-2301, filed on February 26, 2014 in the Central District of California (the "*Ruggles* Action");

(iii) *Reed v. Nationstar Mortgage LLC*, 14-cv-1701, filed on August 4, 2014 in the Northern District of Ohio (the "*Reed* Action");

(iv) *Doyle v. Nationstar Mortgage LLC*, 14-cv-679, filed on October 24, 2014 in the Eastern District of Texas (the "*Doyle* Action"); and

(v) *Wright v. Nationstar Mortgage LLC*, 14-cv-2301, filed on February 26, 2014 in the Northern District of Illinois (the "*Wright* Action").

5. After filing, the *Ruggles* Action was subsequently transferred to the Northern District of California and consolidated with the *Jordan* Action.

6. Plaintiffs in the consolidated *Jordan* Action were represented by Edelson P.C. (the "Edelson Firm") and additional counsel working with the Edelson Firm.

Plaintiffs in the *Reed* and *Doyle* Actions were represented by the Paradis Law Group, PLLC (the "PLG") and additional counsel working with PLG.

7. For purposes of efficiency, judicial economy and for the benefit of the putative classes, Plaintiffs, by and through their respective counsel, met and conferred among themselves and with defense counsel with respect to the consolidation of the various actions filed against Nationstar and a proposed leadership structure.

8. As a result of these meet and confer discussions, Plaintiffs agreed to bring all claims against Nationstar in one forum in the *Wright* Action.

9. Furthermore, as a result of these meet and confer discussions, Plaintiffs have agreed to seek the appointment of attorneys Jay Edelson of the Edelson Firm and Paul O. Paradis of the PLG as interim co-lead class counsel and seek the approval of a proposed executive committee of Plaintiffs' additional counsel.

10. Finally, the parties have agreed to participate in a full day mediation on March 4, 2015. This mediation will be conducted by the Hon. Edward I. Infante (Ret.) of the JAMS San Francisco office.

**Proposed Interim Co-Lead Class Counsel Have Taken Significant
<u>Steps To Advance This Litigation And To Identify And Investigate The Claims</u>**

11. Proposed interim co-lead class counsel have taken significant steps to identify and investigate Plaintiffs' claims and to advance this litigation.

12. Prior to filing suit, attorneys at, and with, the Edelson Firm and PLG conducted an extensive investigation into Nationstar's practices of making telephone calls allegedly in violation of the TCPA.

13. This investigation has included speaking with dozens of Nationstar borrowers who claim they have been harassed by Nationstar's practices as well as an

3

investigation into Nationstar's business model, its acquisition of loans from banks and other large financial institutions, and its loan servicing practices.

14. Counsel have also met and conferred with Nationstar's counsel to engage in Rule 26(f) conferences and discuss the litigation more generally.

15. Additionally, proposed interim co-lead class counsel have taken steps to ensure that that this litigation is conducted in an extremely efficient manner, so as not to waste judicial resources. In particular, counsel have spearheaded an effort to coordinate and consolidate the multiple actions that were brought against Nationstar for TCPA violations by bring all such claims in one forum, in this action.

16. Proposed interim co-lead class counsel have also sought to protect the interests of Plaintiffs and members of the putative classes by filing a motion for class certification. Proposed interim co-lead class counsel have moved for class certification to prevent Defendant from "picking off" individual Plaintiffs, thereby leaving the interests of the members of the putative Classes without representation.

**Proposed Interim Co-Lead Class Counsel Have And Will Commit
The Resources Necessary To Advance And Successfully Prosecute This Litigation**

17. Proposed interim co-lead class counsel are committed to providing the resources required to prosecute this litigation through all phases, including rigorous motion practice, discovery, class certification, summary judgment, and trial.

18. The Edelson Firm and PLG have highly experienced attorneys and support staff and are skilled at dealing cooperatively with each other to maximize efficiency and avoid unnecessary costs and expenses.

19. Proposed interim co-lead class counsel are intimately familiar with the costs associated with successfully prosecuting nationwide class actions and will ensure that sufficient resources are expended pursuing the instant claims.

**PLG Has Extensive Class Action Experience**

20. Attached as Exhibit 1-A hereto is a true and correct copy of the Firm Resume of PLG.

21. Mr. Paradis and other attorneys from PLG have extensive experience prosecuting consumer class actions, particularly those that involve highly technical issues, such as this action. For example, Mr. Paradis and other attorneys from PLG just recently procured a consumer class action settlement in the action, *Kacsuta v. Lenovo (United States) Inc.*, 13-00316 (C.D. Ca.), on behalf of purchasers of certain Lenovo-manufactured laptops. *Lenovo* presented highly technical issues involving the design of the subject laptops and the intricacies of the functioning of wi-fi. Significantly, the settlement achieved by Mr. Paradis and other PLG attorneys in *Lenovo* was valued at over $50 million.

22. Additionally, Mr. Paradis and lawyers from PLG were appointed lead counsel, prosecuted and settled a large class action against Ticketmaster, LLC and its subsidiary TicketsNow.com, which was valued at over $16 million. *In re TicketMaster Sales Practices Litig.*, 09cv912 (C.D. Ca.). Like *Lenovo*, *TicketMaster* required PLG to gain an in-depth understanding of certain technical issues, including the defendants' web-based and telephonic practices, similar to those that are at issue here.

23. Finally, Mr. Paradis and other PLG attorneys are currently prosecuting, and have prosecuted, actions involving major banks and lending institutions such as Bank

of America, Corp. and JPMorgan Chase Bank N.A. for claims, including but not limited to those arising out certain loan servicing practices. *See, e.g., In re Bank of America Corp. Stockholder Derivative Litigation*, CA. No. 4307-VCS (Del. Ch.) ("*BOA*")(efforts of attorneys from PLG resulted in a settlement of $62.5 million). In commenting on the quality of representation provided by PLG in *BOA*, the District Court stated in relevant part: "I must say from everything I've observed here, all counsel… have all acted in the utmost of good faith in a sincere effort to represent the best interests of their clients." *See also City of Roseville Retirement System v. Dimon, et al.*, 650294/2012 (Sup. Ct. N.Y.)(pending action seeking damages in excess of $5 billion). The knowledge of the loan servicing practices gained through the representation in these actions will aid in the prosecution of this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of February, 2015 at New York, New York.

_____
Gina M. Tufaro

# EXHIBIT 1-A

# PARADIS LAW GROUP, PLLC
570 Seventh Avenue, 20th Floor
New York, NY 10018
Telephone: 212-986-4500
Facsimile: 212-986-4501

### Firm Résumé

Paradis Law Group, PLLC ("PLG" or the "Firm") specializes in large, complex litigation in the fields of securities, mergers and acquisitions, corporate governance, consumer protection, commercial law, investor arbitration, unfair employment practices and antitrust. The Firm's attorneys have litigated hundreds of cases in both state and federal courts throughout the United States, and are committed to protecting shareholders and victims of corporate and consumer wrongdoing.

Throughout the course of the past thirty years, the attorneys of PLG have been appointed lead or co-lead counsel in cases resulting in billions of dollars in recoveries on behalf of investors and aggrieved parties. As demonstrated below, the attorneys of PLG have served as a lead counsel in some of the largest securities and consumer fraud class action settlements.

## THE FIRM'S RECENT ACHIEVEMENTS

Kacsuta, et al. v. Lenovo (United States) Inc., 13-00316-CJC (RNBx) (C.D. Ca.). Attorneys of PLG represented a class of purchasers of certain Lenovo-manufactured laptops that experienced wi-f- related problems. PLG procured a settlement valued at approximately $50 million which provided for, among other forms of relief, the repair of class members' computers, $100 cash and reimbursement for repair expenses.

In re Bank of America Corp. Stockholder Derivative Litigation, CA. No. 4307-VCS (Del. Ch.). Attorneys of PLG were appointed co-lead counsel in stockholder derivative action brought on behalf of Bank of America against the members of the Board of Directors of Bank of America in connection with the acquisition of Merrill Lynch & Co. The efforts of attorneys from PLG resulted in a settlement of $62.5 million.

The NVIDIA GPU Litigation, Case No. C 08-04312 (N.D. Cal.). Attorneys of PLG represented a class of purchasers of certain computers alleging consumer fraud claims arising out of purchases of NVIDIA's defective graphics processing units. In connection with the settlement of these claims, class members were entitled to receive either a replacement computer, repair of a computer or reimbursement for repair. A settlement fund of $2 million was established.

In re Ticketmaster Sales Practice Litig., 09-cv-0912 (C.D. Cal.). Attorneys of PLG were appointed Co-Lead Counsel to represent a class of purchasers of tickets from TicketsNow.com alleging consumer fraud violations based upon deceptive ticket sales practices. The litigation was resolved for compensation valued at $16.5 million.

Paradis Law Group, PLLC

In re: Toyota Motor Corp. Hybrid Brake Marketing, Sales Practices and Products Liability Litigation, 2:10-CV-00946 (C.D. Ca). Attorneys of PLG were appointed interim lead counsel to represent a class of purchasers of certain defective Toyota vehicles.

In re Philips/Magnavox Television Litigation, 09-cv-3072 (D. N.J.). Attorneys of PLG were appointed interim co-lead counsel to represent a class of purchasers of certain defective Philips/Magnavox flat screen televisions. On September 2, 2010, the court denied in material part Philips' motion to dismiss the complaint. In connection with the settlement of the action, a $4 million settlement fund was created to reimburse class members for the cost of repairs to their televisions.

Conseco Annuity Assurance Co., et al. v. Citigroup, H-03-2240 (S.D. Tx.). Attorneys of PLG represented Conseco Annuity Assurance Company, IHC Health Plans, Inc., and other purchasers of $2.4 billion Credit Linked Notes issued by Citigroup in a class action alleging securities fraud that was consolidated with Newby v. Enron, et al. The litigation was successfully resolved as a part of a $2 billion settlement with Citigroup.

Hudson Soft Co., Ltd. v. Credit Suisse First Boston, Inc., H-03-0860 (S.D. Tx.). Attorneys of PLG represented Sapporo, Japan-based Hudson Soft Co., Ltd. in an individual action alleging violation of the federal securities laws by Credit Suisse First Boston, Inc. ("CSFB") in connection with the sales of credit-linked notes issued by CSFB. Litigation was successfully resolved for a confidential sum.

In re Abbott Labs. Derivative S'holders Litig., No. 99 C 7246 (N.D. Ill.). Attorneys of PLG represented stockholders of Abbott Laboratories in a stockholder derivative action that was successfully resolved for corporate governance changes.

Corwin v. Abbott Laboratories, No. 2-03-1283 (Ill. App. Ct. – 2d Dist.). Attorneys of PLG represented stockholders of Abbott Laboratories in a mandamus action calling for the production of the Company's books and records relating to the actions of certain officers in connection with Medicaid fraud. This action proceeded through trial where the trial court ruled in favor of plaintiffs. The trial court's ruling was upheld on appeal.

Daugherity v. International Business Machines Corp., No. 23,162 (Tex. – 21st Dist.). Attorneys of PLG represented purchasers of defective computer hard disk drives in an action against International Business Machines Corp. that was successfully resolved in a settlement valued at $35 million.

Danis v. USN Commun. Inc., No. 98 C 7482, (N. D. Ill.). Attorneys of PLG represented purchasers of USN, Inc. securities in a class action alleging securities fraud. Litigation was successfully resolved for $44.7 million.

In re Salomon Bros. Treasury Litig., 91 Civ. 5471 (S.D.N.Y.). Attorneys of PLG represented purchasers of United States Treasury securities in a class action alleging securities fraud, anti-trust and racketeering violations. Litigation was successfully resolved for $100 million.

## PROMINENT CASES

The success of the attorneys of PLG in prosecuting large, complex litigation in the fields of securities, mergers and acquisitions, corporate governance, consumer protection, unfair employment practices and antitrust is demonstrated by the significant results the Firm has achieved for its clients and others. The following is only a representative list of some of the more notable cases that have been, or are currently being, litigated by the attorneys of PLG:

Kacsuta, et al. v. Lenovo (United States) Inc., 13-00316-CJC (RNBx) (C.D. Ca.);

In re Bank of America Corp. Stockholder Derivative Litigation, CA. No. 4307-VCS (Del. Ch.).

In re American Honda Motor Co. Oil Filter Products Liability Litig., 06-cv-1737 (C.D. Cal.);

In re Philips/Magnavox Television Litigation, 09-cv-3072 (D.N.J.);

In re: Toyota Motor Corp. Hybrid Brake Marketing, Sales Practices and Products Liability Litigation, 2:10-CV-00946 (C.D. Cal.);

Marchese v. Cablevision Systems Corporation, 10-cv-2190 (D.NJ)

## THE FIRM'S LAWYERS

The Firm's attorneys have successfully prosecuted both complex individual and class actions involving some the largest corporations in the world.

### PARTNERS

### PAUL O. PARADIS

Paul O. Paradis is the Partner responsible for Firm's Complex Litigation practice and Investigation Group, and is one of the Firm's senior litigators. Throughout his career, Mr. Paradis has specialized in handling highly complex multi-party litigation in federal and state courts across the United States.

Prior to becoming a Partner of the Firm, Mr. Paradis was a Partner at Abbey Spanier Rodd Abrams & Paradis, LLP from 2001 through 2007. Prior to that time, Mr. Paradis was a Senior Partner at Wolf Popper LLP from 1998 to 2001. Mr. Paradis began his legal career at Pomerantz Haudek Block & Grossman as an associate, and became a Partner of the firm in 1996, where he remained until 1998. Prior to practicing law, Mr. Paradis was employed as a portfolio manager at a major Wall Street financial institution.

Mr. Paradis is admitted to the Bar of the State of New York, the State of New Jersey, the United States District Courts for the Southern and Eastern Districts of New York, District of New Jersey, and Eastern District of Michigan. He received his B.S. from Bentley College in 1986, and his J.D.

(cum laude) from New York Law School in 1990, where he was a member of the New York Law School Law Review.

## MICHAEL A. SCHWARTZ

Michael A. Schwartz is a senior litigator. Like Mr. Paradis, throughout Mr. Schwartz's career, Mr. Schwartz has specialized in handling highly complex multi-party litigation in federal and state courts across the United States.

Prior to becoming a Partner of the Firm, Mr. Schwartz was a Partner at Wolf Popper LLP from 1998 to 2007. Mr. Schwartz began his legal career at Pomerantz Haudek Block & Grossman as an associate.

Mr. Schwartz is admitted to the Bar of the State of New York, the United States District Courts for the Southern District of New York, the United States Courts of Appeals for the First and Third Circuits. He received his B.S. from Brooklyn College in 1988, and his J.D. from Brooklyn Law School in 1992.

## GINA M. TUFARO

Ms. Tufaro is a Partner of the Firm specializing in complex civil litigation.

Ms. Tufaro received her B.A. (magna cum laude) from Rutgers University in 1999 and her J.D. (magna cum laude) from New York Law School in 2002 where she served as Managing Editor of The Journal of Human Rights. Ms. Tufaro is admitted to the Bar of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second, Fifth, Seventh and Ninth Circuits. Published works include: Will Carnivore Devour the Fourth? An Exploration into the Constitutionality of the FBI Created Program, 18 N.Y.L.J. Hum. Rts. 305.

Prior to becoming a Partner of the Firm, Ms. Tufaro was an associate at Abbey Spanier Rodd Abrams & Paradis, LLP where she specialized in complex class and individual actions brought on behalf of victims of corporate, consumer and securities fraud.

## ASSOCIATES

## MARK BUTLER

Mr. Butler received his B.A. from Syracuse University in 2007, where he graduated *cum laude*, and received his J.D. from New York Law School in 2010, where he served as a Senior Editor of the *New York Law School Law Review* and graduated *magna cum laude*. He was also a Dean's List recipient in Fall 2007 and Spring 2008 and was a High Honors Dean's List Recipient in Fall 2008, Spring 2009, Fall 2009, and Spring 2010. Mr. Butler is admitted to the New York State Bar.

**PETER DEMATO**

Mr. Demato received his B.S. from Stonybrook University in 2010 and received his J.D. from Brooklyn Law School in 2013 where he was a member of the *Brooklyn Journal of Corporate, Financial and Commercial Law*. He was also a recipient of the CALI Excellence for the Future Award in Criminal Law in 2010 and the CALI Excellence for the Future Award in Corporate Finance in 2012. Mr. Demato is admitted to the New York State Bar.

**MARK MAHAN**

Mr. Mahan received his B.A. from William Patterson University in 2008 and received his J.D. from Rutgers University School of Law - Newark in 2011 where he served as an editor on the *Rutgers Law Review*. He also served as a Teaching Assistant for Legal Writing at the law school. Mr. Mahan is admitted to the New York State Bar.

**PROFESSIONALS**

**THOMAS J. HALL**

Thomas J. Hall is a Forensic Engineer responsible for investigative and technical analysis of defective consumer products.

Prior to working for the Firm, Mr. Hall owned and managed a technical consulting and training company, specializing in Vehicle Braking and Stability technology for the transportation industry. Mr. Hall was formerly the Chief Engineer for Global Brake Systems - General Motors for the Robert Bosch Chassis Systems Division. Prior to that, Mr. Hall was the Engineering Manager for System Design and Validation at ITT Automotive, Continental Teves.

Mr. Hall's experience also includes development of ABS, TCS and Stability Control Systems, responsibility for application of system engineering principles and process to the brake industry and development and promotion of brake system proposals and advance braking technologies.

Mr. Hall holds a B.S. in mechanical engineering from the University of Michigan and a M.S. in Finance from Walsh College.