IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, MICHAEL DOYLE, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, ROGER REED, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 1:14-cv-10457 <br><br> Hon. Edmond E. Chang |

**JOINT MOTION REGARDING: (i) PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL; (ii) ENTRY AND CONTINUANCE OF AMENDED MOTION FOR CLASS CERTIFICATION; and (iii) CONTINUANCE OF FEBRUARY 20, 2015 STATUS CONFERENCE**

Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Michael Doyle, Robert Jordan, Sean Halbert, Dana Skelton, Roger Reed, Vanessa Ruggles and Rose Somers ("Plaintiffs") and Defendant Nationstar Mortgage, LLC ("Defendant" or "Nationstar") respectfully move this Court as follows:

I.  **Plaintiffs' Motion For Appointment of Interim Co-Lead Class Counsel**

**WHEREAS,** on February 3, 2015, Plaintiffs filed a Motion for Appointment of Interim Co-Lead Class Counsel ("Motion for Appointment") (Dock. No. 16), which was noticed for hearing on February 12, 2015;

**WHEREAS,** by way of the Motion for Appointment, Plaintiffs request that the Court appoint Paul O. Paradis ("Paradis") of the Paradis Law Group, PLLC and Rafey S. Balabanian

("Balabanian") of Edelson PC as interim co-lead class counsel and Doug J. Campion, Michael Sousa, Matthew English and Jack Landskroner and their respective law firms as members of an executive committee;

**WHEREAS,** subsequent to the filing of the Motion for Appointment, the parties met and conferred regarding the relief sought by the Motion for Appointment;

**WHEREAS,** as a result of these discussions, Nationstar does not oppose the appointment of Paradis and Balabanian as interim co-lead class counsel and the appointment of an executive committee, as specifically requested in the Motion for Appointment;

**WHEREAS,** Nationstar denies any and all allegations and claims asserted by Plaintiffs against it in the Motion for Appointment, and reserves its rights and defenses against those allegations and claims, and in opposition to Plaintiffs' Amended Motion for Class Certification;

**WHEREAS,** in light of the parties' stipulation, the parties agree and hereby respectfully request that the Court rule on the Motion for Appointment without the need for a hearing.

## II.     The February 20, 2015 Status Conference

**WHEREAS,** on January 9, 2015, this Court scheduled a status conference for February 20, 2015 (the "Status Conference") (Dock. No. 11);

**WHEREAS,** on or about February 9, 2015, Plaintiffs served Nationstar with a Request for Waiver of Service of Summons and a copy of the First Amended Complaint, which was filed on February 3, 2015;

**WHEREAS,** Nationstar's response to the First Amended Complaint is due on or before April 10, 2015 pursuant to Federal Rule of Civil Procedure 4(d);

**WHEREAS,** the parties have agreed to participate in a day long mediation to discuss the possible resolution of the claims in this action, which is scheduled to take place on March 4,

2015, before the Hon. Edward I. Infante (Ret.) of the JAMS San Francisco office (the "Mediation");

**WHEREAS,** the parties have met and conferred regarding the Status Conference, Nationstar's deadline to respond to the First Amended Complaint, and the Mediation, and agree that in order to give Nationstar time to respond to the First Amended Complaint and give the parties sufficient time to prepare a joint initial status report, provide the Court with a meaningful status update, and advise the Court concerning the status and outcome of the Mediation and post-Mediation settlement discussions, the parties agree and hereby respectfully request that the Court reschedule the Status Conference to April 24, 2015, at 9:00 a.m. or a later date set by the court.

### III.   Plaintiff's Amended Motion for Class Certification

**WHEREAS**, on February 3, 2015, Plaintiffs filed an Amended Motion for Class Certification ("Class Certification Motion") "to prevent Defendant from attempting a so-called 'pick off' to moot their representative claims";

**WHEREAS**, in the Class Certification Motion Plaintiffs "request that the Court enter and continue the instant motion until after the completion of discovery on class-wide issues, at which time Plaintiffs will submit a fulsome memorandum of points and authorities in support of class certification";

**WHEREAS**, notwithstanding this Joint Motion, Nationstar reserves any and all rights and defenses to oppose the Class Certification Motion and Plaintiffs' arguments set forth therein;

**WHEREAS**, the parties stipulate and agree that the Class Certification Motion be entered and continued until ready for decision, and that a schedule for the Class Certification Motion be set at the Initial Status Conference (*see* Docket Item No. 8);

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Nationstar does not oppose the appointment of Paradis and Balabanian as interim co-lead class counsel and the appointment of an executive committee;

2. Nationstar denies any and all allegations and claims asserted by Plaintiffs against it in the Motion for Appointment, and Plaintiffs recognize Nationstar has reserved its rights and defenses against those allegations and claims, and in opposition to Plaintiffs' Amended Motion for Class Certification;

3. the Motion for Appointment may be decided by the Court without a hearing;

4. the Court shall vacate the Status Conference set for February 20, 2015 and reschedule the Status Conference to April 24, 2015 at 9:00 a.m., or a later date set by the court;

5. the Court may enter and continue the Amended Class Certification Motion until ready for decision, and a briefing schedule for the Class Certification Motion shall be discussed at the Initial Status Conference.


Dated: February 12, 2015

By:/s/ Paul O. Paradis
One of Plaintiffs' Attorneys

Paul O. Paradis (Admitted *Pro Hac Vice*)
Gina M. Tufaro (Admitted *Pro Hac Vice*)
Daniel Lavoie (Of Counsel)*
PARADIS LAW GROUP, PLLC
570 Seventh Avenue, 20th Floor
New York, NY 10018
Tel: (212) 986-4500
Fax: (212) 986-4501


Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com

Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

Jack Landskroner*
Drew Legando*
LANDSKRONER GRIECO MERRIMAN LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
T. (216) 522-9000
F. (216) 522-9007

Brant C. Martin (Admitted *Pro Hac Vice*)
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: (817) 332-7788
Fax: (817) 332-7789

Stefan Coleman*
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Blvd, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946

Michael P. Sousa*
sousam@sbcglobal.net
LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
Tel: 858.453.6122, ext. 15


Matthew G. English*
mgelaw@gmail.com
LAW OFFICES OF MATTHEW G. ENGLISH
941 Orange Ave. #344
Coronado, CA 92118

Tel: 619.944.8568

Douglas J. Campion*
doug@djcampion.com
Law Offices of Douglas J. Campion, APC
409 Camino Del Rio South, Ste 303
San Diego, CA 92108
Tel: (619) 299-2901
Fax: (619) 858-0034

* *Pro hac vice* admission to be filed

Dated: February 12, 2015      REED SMITH LLP

By: */s/ Timothy R. Carraher*
Timothy R. Carraher
tcarraher@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Phone: 312.207.1000
Fax: 312.207.6400

Attorneys for Defendant
Nationstar Mortgage, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, MICHAEL DOYLE, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, ROGER REED, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:14-cv-10457<br><br>Hon. Edmond E. Chang |

**[PROPOSED] ORDER REGARDING: (i) PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL; (ii) ENTRY AND CONTINUANCE OF AMENDED MOTION FOR CLASS CERTIFICATION; and (iii) CONTINUANCE OF FEBRUARY 20, 2015 STATUS CONFERENCE**

**[PROPOSED] ORDER**

Pursuant to the Joint Motion Regarding (i) Plaintiff's Motion for Appointment of Interim Co-Lead Class Counsel; (ii) Entry and Continuance of Amended Motion for Class Certification; and (iii) Continuance of February 20, 2015 Status Conference, filed Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Michael Doyle, Robert Jordan, Sean Halbert, Dana Skelton, Roger Reed, Vanessa Ruggles and Rose Somers ("Plaintiffs") and Defendant Nationstar Mortgage, LLC ("Defendant" or "Nationstar"), and for good cause showing, it is hereby ordered that:

1. Paul O. Paradis and Rafey S. Balabanian shall be appointed interim co-lead class counsel;

- 2 -

2. Doug J. Campion, Michael Sousa, Matthew English and Jack Landskroner and their respective law firms shall be appointed as members of an executive committee;

3. the Initial Status Conference set for February 20, 2015 is vacated and is now scheduled for April 24, 2015 at 9:00 a.m.;

4. Plaintiffs' Amended Class Certification Motion is entered and continued until ready for decision, and a briefing schedule for the Class Certification Motion shall be discussed at the Initial Status Conference.

**IT IS SO ORDERED.**

ENTERED: _____, 2015

_____
HONORABLE EDMOND E. CHANG
UNITED STATES DISTRICT JUDGE