**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, MICHAEL DOYLE, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, ROGER REED, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>         Defendant. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

**JOINT STATUS REPORT**

   Pursuant to the Court's Order dated April 27, 2015 (Dkt. 35), Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Michael Doyle, Robert Jordan, Sean Halbert, Dana Skelton, Roger Reed, Vanessa Ruggles, and Rose Somers ("Plaintiffs") and Defendant Nationstar Mortgage LLC (collectively "the Parties"), submit the following status report regarding the Parties' settlement efforts:

   1.  On June 16, 2015, the Parties engaged in a full-day private mediation before the Honorable Edward A. Infante (ret.) of JAMS, in San Francisco, California.

   2.  As a result, the Parties have reached an agreement in principle that would fully and finally resolve each of the claims asserted in this action.

   3.  The Parties are in the process of drafting their settlement papers, including a proposed class action settlement agreement for the Court's consideration and approval.

1

4.	To allow them the time necessary to draft and finalize their settlement papers, the Parties respectfully request that the Court enter an Order vacating the current schedule of discovery and general case deadlines, and setting a status hearing for Thursday, August 6, 2015 (or such other date as may be convenient for the Court).  The Parties anticipate that a motion for preliminary approval of the proposed class action settlement will be noticed for presentment on that date as well, if not sooner.

        Respectfully submitted,

**HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, MICHAEL DOYLE, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, ROGER REED, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,**

Date:  June 23, 2015			By: s/  J. Dominick Larry
                                            One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel.: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis (Admitted *pro hac vice*)
pparadis@hhplawny.com
Gina M. Tufaro (Admitted *pro hac vice*)
gtufaro@hhplawny.com
PARADIS LAW GROUP, PLLC
570 Seventh Ave., 20th Floor
New York, New York 10018
Tel: 212.986.4500

Jack Landskroner
jack@lgmlegal.com
Drew Legando
drew@lgmlegal.com
LANDSKRONER – GRIECO – MERRIMAN, LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Tel: 216.522.9000
Fax: 216.522.9007

Michael P. Sousa (Admitted *pro hac vice*)
msousa@msousalaw.com
THE LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Drive, Suite A
San Diego, California 92122
Tel: 858.453.6122

Brant C. Martin
brant.martin@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: 817.332.7788

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091
Fax: 619.858.0034

                                                          **NATIONSTAR MORTGAGE LLC,**

Date:  June 23, 2015                    By: s/ Raymond Y. Kim
                                                         One of Defendant's Attorneys

Timothy R. Carraher
tcarraher@reedsmith.com
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Tel: 312.207.6549
Fax: 312.207.6400

Raymond Y. Kim
rkim@reedsmith.com
REED SMITH LLP
355 South Grand Ave., Suite 2900
Los Angeles, CA 90071
Tel: 213.457.8000

## **SIGNATURE ATTESTATION**

Pursuant to Section IX(C)(2) of the General Order on Electronic Case Filing, I hereby attest that the content of this document is acceptable to all person whose signatures are indicated by a conformed signature (s/) within this e-filed document.

<u>s/ J. Dominick Larry</u>

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2015, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>s/ J. Dominick Larry</u>