**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, MICHAEL DOYLE, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, ROGER REED, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated, | Case No. 14-cv-10457 <br><br> Hon. Edmond E. Chang |
| Plaintiffs, | |
| v. | |
| NATIONSTAR MORTGAGE LLC, a Delaware limited liability company, | |
| Defendant. | |

## JOINT MOTION TO CONTINUE STATUS HEARING

Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Michael Doyle, Robert Jordan, Sean Halbert, Dana Skelton, Roger Reed, Vanessa Ruggles, and Rose Somers ("Plaintiffs") and Defendant Nationstar Mortgage LLC (collectively "the Parties") hereby move the Court for an order continuing the July 31, 2015 Status Hearing to Thursday, September 3, 2015

1.      On June 23, 2015, the Parties filed a Joint Status Report (Dkt. No. 37) advising the Court that the Parties had reached an agreement in principle that would fully and finally resolve each of the claims asserted in this action.

2.      On June 24, 2015, the Court issued an order (Dkt. No. 38) suspending discovery and, "in light of the Court's [August] trial schedule," setting a status hearing for Friday, July 31, 2015.

3.      The Parties are in the process of drafting their settlement papers, including a proposed class action settlement agreement for the Court's consideration and approval.

4.      To provide the Parties sufficient time to draft and finalize their settlement papers, the Parties respectfully request that the Court enter an Order continuing the status hearing to Thursday, September 3, 2015 (or a subsequent Monday to Thursday as may be convenient for the Court).  The Parties anticipate that a motion for preliminary approval of the proposed class action settlement will be noticed for presentment on that date as well, if not sooner.

Respectfully submitted,

**HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, MICHAEL DOYLE, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, ROGER REED, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,**

Date:  July 27, 2015                    By: */s/* Benjamin H. Richman
                                                    One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel.: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis (Admitted *pro hac vice*)
pparadis@hhplawny.com
Gina M. Tufaro (Admitted *pro hac vice*)
gtufaro@hhplawny.com
HORWITZ, HORWITZ & PARADIS, ATTORNEYS AT LAW
405 Lexington Ave., 61st Floor

New York, New York 10174
Tel: 212.986.4500
Fax: 212.986.4501

Jack Landskroner
jack@lgmlegal.com
Drew Legando
drew@lgmlegal.com
LANDSKRONER – GRIECO – MERRIMAN, LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Tel: 216.522.9000
Fax: 216.522.9007

Michael P. Sousa (Admitted *pro hac vice*)
msousa@msousalaw.com
THE LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Drive, Suite A
San Diego, California 92122
Tel: 858.453.6122

Brant C. Martin
brant.martin@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: 817.332.7788

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091
Fax: 619.858.0034

**NATIONSTAR MORTGAGE LLC,**

Date: July 27, 2015                    By: */s/ Raymond Y. Kim*
                                             One of Defendant's Attorneys

Raymond Y. Kim (Admitted *pro hac vice*)
rkim@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: 213.457.8000 / Fax: 213.457.8080

## SIGNATURE ATTESTATION

Pursuant to Section IX(C)(2) of the General Order on Electronic Case Filing, I hereby attest that the content of this document is acceptable to all person whose signatures are indicated by a conformed signature (s/) within this e-filed document.

*/s/ Raymond Y. Kim*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2015, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Raymond Y. Kim*

4