# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Heather Wright, et al.

                    Plaintiff,

v.                                                  Case No.: 1:14–cv–10457

Nationstar Mortgage LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 29,2015:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant's continuance motion [39] is granted as follows: the status hearing of 07/31/2015 is reset to 09/03/2015 at 10:30 a.m., but the parties must file the motion for preliminary approval n o later than 08/31/2015, noticed for presentment at the new date and time. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.