IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> NATIONSTAR MORTGAGE LLC, a Delaware limited liability company, <br><br> *Defendant*. | Case. No. 14-cv-10457 <br><br> Hon. Edmond E. Chang |

**JOINT MOTION FOR EXTENISON OF
DEADLINE TO FILE FOR PRELIMINARY APPROVAL**

Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers ("Plaintiffs") and Defendant Nationstar Mortgage LLC ("Nationstar"), pursuant to Fed. R. Civ. P. 6(b), hereby respectfully move the Court to enter an Order briefly extending the deadline for Plaintiffs to move for preliminary approval of the Parties' proposed class action settlement by approximately two (2) weeks. In support of the instant motion, the Parties state as follows:

1. By Order dated July 29, 2015, the Court granted the Parties' request for a 30-day extension of the deadline for Plaintiffs to file their motion for preliminary approval of the Parties' proposed class action settlement. (Dkt. 41.)

2. Since then, the Parties have worked diligently to draft and finalize a written settlement agreement, including exchanging multiple drafts of the proposed agreement and its

1

related documents, including notice documents, a claim form, and proposed preliminary and final approval orders.

3. Despite their best efforts, the Parties have not yet reached agreement on all terms to be included in the written Agreement. Accordingly, the Parties would greatly benefit from a brief extension of the current deadline to seek preliminary approval—through and including September 17, 2015—to complete their settlement efforts. The Parties further propose that the motion for preliminary approval be noticed for presentment before the Court on Tuesday, September 22, 2015 at 8:30 a.m.

4. The Parties respectfully state that they are aware that the Court has already extended the requested deadline once, and they certainly do not take lightly their responsibility to finalize their settlement as quickly and efficiently as possible for presentation to the Court for review. The Parties submit that they have made their best efforts to follow the Court's directives, and it is with that in mind that they request just two additional weeks to finalize and execute a proposed written settlement agreement and submit the motion for preliminary approval. The Parties do not intend to seek any further extensions.

5. Based on the foregoing, the Parties believe that good cause exists to grant the instant motion, and the relief requested herein is not sought for any improper purpose.

**WHEREFORE,** Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers, and Defendant Nationstar Mortgage LLC respectfully request that the Court enter an order (i) granting the instant motion, (ii) extending the Parties' deadline to file a motion for preliminary approval from August 31, 2015 to September 17, 2015, and (iii) awarding such other and further relief as the Court deems reasonable and just.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES** and **ROSE SOMERS**, on behalf of all others similarly situated, |
| Dated: August 31, 2015 | By: *s/ J. Dominick Larry*<br>    One of Plaintiff's Attorneys |

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis (Admitted *pro hac vice*)
Gina M. Tufaro (Admitted *pro hac Vvce*)
Daniel Lavoie (Of Counsel)
PARADIS LAW GROUP, PLLC
570 Seventh Avenue, 20th Floor
New York, NY 10018
Tel: (212) 986-4500
Fax: (212) 986-4501

Jack Landskroner (Admitted *pro hac vice*)
LANDSKRONER GRIECO MERRIMAN LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
T. (216) 522-9000
F. (216) 522-9007

Brant C. Martin (Admitted *pro hac vice*)
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: (817) 332-7788
Fax: (817) 332-7789

                                Michael P. Sousa (Admitted *pro hac vice*)
sousam@sbcglobal.net
LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
Tel: 858.453.6122, ext. 15

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
Law Offices of Douglas J. Campion, APC
409 Camino Del Rio South, Ste 303
San Diego, CA 92108
Tel: (619) 299-2901
Fax: (619) 858-0034

*Counsel for Plaintiffs and the Class*


**NATIONSTAR MORTGAGE LLC,**

Date: August 31, 2015        By: *s/ Raymond Y. Kim*
                                          One of Defendant's Attorneys

Timothy R. Carraher
tcarraher@reedsmith.com
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Tel: 312.207.6549
Fax: 312.207.6400

Raymond Y. Kim
rkim@reedsmith.com
REED SMITH LLP
355 South Grand Ave., Suite 2900
Los Angeles, CA 90071
Tel: 213.457.8000

*Counsel for Defendant Nationstar Mortgage LLC*

4

**SIGNATURE ATTESTATION**

      Pursuant to Section IX(C)(2) of the General Order on Electronic Case Filing, I hereby attest that the content of this document is acceptable to all person whose signatures are indicated by a conformed signature (s/) within this e-filed document.

*s/ J. Dominick Larry*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2015, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ J. Dominick Larry*