IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case. No. 1:14-cv-10457<br><br>Hon. Edmond E. Chang |

**JOINT MOTION FOR FURTHER EXTENSION OF
DEADLINE TO FILE FOR PRELIMINARY APPROVAL**

Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers ("Plaintiffs") and Defendant Nationstar Mortgage LLC ("Nationstar"), pursuant to Fed. R. Civ. P. 6(b), hereby respectfully move the Court to enter an Order for a final eight (8) day extension of the deadline for the Parties to execute the Class Settlement Agreement and for Plaintiffs to move for preliminary approval of the same. In support of the instant motion, the Parties state as follows:

1.    By Order dated July 29, 2015, the Court granted the Parties' request for a 30-day extension of the deadline for Plaintiffs to file their motion for preliminary approval of the Parties' proposed class action settlement. (Dkt. 41.)

2.    By Order dated September 2, 2015, the Court granted the Parties' second request and extended the deadline for Plaintiffs to file their motion for preliminary approval of the

1

Parties' proposed class action settlement to September 24, 2015. (Dkt. 44.)

3. Since then, the Parties have continued to work diligently to draft and finalize a written settlement agreement, including exchanging multiple drafts of the proposed agreement and its related documents, including multiple notice documents, a claim form, and proposed preliminary and final approval orders.

4. As the result of some recently proposed changes to the Agreement and Nationstar's counsel Raymond Y. Kim's limited availability due to the birth of his newborn twins on September the 18th, the Parties are still in the process of finalizing the Agreement. Although the Parties are nearing completion, they would significantly benefit from a brief eight-day extension of the current deadline to seek preliminary approval—through and including October 2, 2015—to complete their settlement efforts. The Parties further propose that, so long as it is convenient for the Court, the hearing on the motion for preliminary approval be scheduled for Wednesday, October 7, 2015 at 8:30 a.m.

5. The Parties recognize that in their last request for an extension, they indicated that it was not their intent to seek any further extensions of the preliminary approval deadline. The Parties respectfully submit that they made their best efforts to adhere to what they said to the Court, and they are also aware that the Court made great effort to hear the motion for preliminary approval in a timely way notwithstanding the Court's trial schedule. Nevertheless, unforeseen circumstances have made it such that they simply could not meet the extended deadline. This requested extension will be the last.

6. The Parties believe that good cause exists to grant the instant motion, and they represent that the relief requested herein is not sought for any improper purpose.

**WHEREFORE,** Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers, and Defendant Nationstar Mortgage LLC respectfully request that the Court enter an order (i) granting the instant motion, (ii) extending the Parties' deadline to file a motion for preliminary approval from September 24, 2015 to October 2, 2015, and (iii) awarding such other and further relief as the Court deems reasonable and just.

        Respectfully submitted,

        **HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES** and **ROSE SOMERS**, on behalf of all others similarly situated,

Dated: September 24, 2015        By: /s/ Rafey S. Balabanian
        One of Plaintiff's Attorneys

        Jay Edelson
        jedelson@edelson.com
        Rafey S. Balabanian
        rbalabanian@edelson.com
        Benjamin H. Richman
        brichman@edelson.com
        J. Dominick Larry
        nlarry@edelson.com
        EDELSON PC
        350 North LaSalle Street, Suite 1300
        Chicago, Illinois 60604
        Tel: 312.589.6370
        Fax: 312.589.6378

        Paul O. Paradis (Admitted *pro hac vice*)
        Gina M. Tufaro (Admitted *pro hac Vvce*)
        Daniel Lavoie (Of Counsel)
        PARADIS LAW GROUP, PLLC
        570 Seventh Avenue, 20th Floor
        New York, NY 10018
        Tel: (212) 986-4500
        Fax: (212) 986-4501

        Jack Landskroner (Admitted *pro hac vice*)
        LANDSKRONER GRIECO MERRIMAN LLC
        1360 West 9th Street, Suite 200
        Cleveland, Ohio 44113

                                          T. (216) 522-9000
                                          F. (216) 522-9007

Brant C. Martin (Admitted *pro hac vice*)
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: (817) 332-7788
Fax: (817) 332-7789

Michael P. Sousa (Admitted *pro hac vice*)
sousam@sbcglobal.net
LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
Tel: 858.453.6122, ext. 15

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
Law Offices of Douglas J. Campion, APC
409 Camino Del Rio South, Ste 303
San Diego, CA 92108
Tel: (619) 299-2901
Fax: (619) 858-0034

*Counsel for Plaintiffs and the Class*


**NATIONSTAR MORTGAGE LLC,**

Date: September 24, 2015          By: *s/ Raymond Y. Kim*
                                                     One of Defendant's Attorneys

Timothy R. Carraher
tcarraher@reedsmith.com
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Tel: 312.207.6549
Fax: 312.207.6400

Raymond Y. Kim
rkim@reedsmith.com
REED SMITH LLP
355 South Grand Ave., Suite 2900
Los Angeles, CA 90071
Tel: 213.457.8000

*Counsel for Defendant Nationstar Mortgage LLC*

4

## **SIGNATURE ATTESTATION**

Pursuant to Section IX(C)(2) of the General Order on Electronic Case Filing, I hereby attest that the content of this document is acceptable to all person whose signatures are indicated by a conformed signature (s/) within this e-filed document.

s/Raymond Y. Kim

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2015, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Raymond Y. Kim