IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case. No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

**UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH EXCESS PAGES, *INSTANTER***

Pursuant to Local Rule 7.1, and without opposition from Defendant Nationstar Mortgage LLC ("Nationstar"), Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers ("Plaintiffs"), hereby respectfully requests that the Court grant them leave to file a memorandum in support of their Motion for Preliminary Approval of Proposed Class Action Settlement (dkt. 51) in excess of the Court's fifteen-page limit, *instanter*. In support of the instant motion, Plaintiffs state as follows:

1. As the Parties previously informed the Court, they have reached a proposed class action settlement of the claims in this matter. (*See* dkts. 37, 38, 41.)

2. Plaintiffs have now moved the Court for preliminary approval of the Parties' proposed settlement.

1

3. However, in order to adequately address (i) the factual and procedural posture of the case, (ii) the terms of the settlement, (iii) the propriety of certifying the proposed class for settlement purposes, and (iv) the fairness, adequacy and reasonableness of the proposed settlement, Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement (the "Memorandum") exceeds the Court's fifteen-page limit.

4. Specifically, Plaintiffs' Memorandum includes a total of twenty-eight pages.

5. Prior to filing the instant motion, Plaintiffs' counsel conferred with counsel for Nationstar and is authorized to state that Nationstar has no objection to the relief requested herein.

6. Good cause exists to grant the instant motion and the relief requested herein is not sought for any improper purpose.

7. Attached hereto as Exhibit 1 is a true and accurate copy of Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement.

**WHEREFORE,** Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers, respectfully request that the Court enter an Order (i) granting them leave to file their Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement, the substance of which shall not exceed twenty-eight pages, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES** and **ROSE SOMERS**, on behalf of all others similarly situated, |
| Dated: October 2, 2015 | By: s/ Rafey S. Balabanian<br>     One of Plaintiff's Attorneys |

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis (Admitted *pro hac vice*)
Gina M. Tufaro (Admitted *pro hac Vvce*)
Daniel Lavoie (Of Counsel)
PARADIS LAW GROUP, PLLC
570 Seventh Avenue, 20th Floor
New York, NY 10018
Tel: (212) 986-4500
Fax: (212) 986-4501

Jack Landskroner (Admitted *pro hac vice*)
LANDSKRONER GRIECO MERRIMAN LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Tel: (216) 522-9000
Fax: (216) 522-9007

Brant C. Martin (Admitted *pro hac vice*)
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: (817) 332-7788
Fax: (817) 332-7789

Michael P. Sousa (Admitted *pro hac vice*)
sousam@sbcglobal.net
LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Dr., Suite A

San Diego, CA 92122
Tel: 858.453.6122, ext. 15

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
Law Offices of Douglas J. Campion, APC
409 Camino Del Rio South, Ste. 303
San Diego, CA 92108
Tel: (619) 299-2901
Fax: (619) 858-0034

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 2, 2015, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                s/ Rafey S. Balabanian