UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Heather Wright, et al.
                           Plaintiff,

v.                                              Case No.: 1:14–cv–10457
                                                Honorable Edmond E. Chang

Nationstar Mortgage LLC
                           Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2015:

MINUTE entry before the Honorable Edmond E. Chang: Status and motion hearing held on Plaintiffs' motion for preliminary approval of class action settlement [53]. Plaintiffs' attorney Paul O. Paradis appeared by telephone, Plaintiffs'; attorney Rafey S. Balabanian appeared in court, and defense counsel appeared in court. As detailed during the hearing, the Court finds that the proposed class should be certified and preliminarily approves the settlement agreement and finds that the settlement is reasonable and fair. There were adjustments needed for the Class Notice, however, so the motion [51] is granted with those adjustments. Plaintiffs shall file, by 10/19/2015, a motion to approve the adjusted notice procedure. The motion to be noticed for 10/22/2015 at 8:30 a.m. Notice to the class to be made by 11/23/2015. Any class member may seek to be excluded from the settlement by 01/14/2016. Deadline for class members to object to the settlement is 01/14/2016. The deadline for submissions of claims is 01/21/2016. Fairness hearing set for 02/18/2016 at 10:30 a.m. Plaintiffs' attorney's motion for fees and costs due 12/31/2015. Motion for final approval due 02/04/2016. Status hearing set for 12/21/2015 at 9:30 a.m. Mailed notice (lcw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.