IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

## PLAINTIFFS' MOTION TO APPROVE ADJUSTED NOTICE MATERIALS

Pursuant Fed. R. Civ. P. 23(c)(2) and the Court's October 14, 2015 Minute Order, (dkt. 59), Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers ("Plaintiffs"), hereby respectfully move the Court for an order approving the adjusted class notice materials described below. In support of the instant motion, Plaintiffs state as follows:

1. On October 2, 2015, Plaintiffs moved the Court for preliminary approval of the Parties' proposed class action settlement reached in this case. (Dkt. 52.) With their supporting papers Plaintiffs included proposed versions of the notice documents that would be sent to class members upon preliminary approval of the settlement. (*See* Dkt. 55-1, Exhibits A–E.)

2. During the October 14th preliminary approval hearing, the Court identified certain changes necessary to the proposed notice documents. Anticipating that those changes could easily be made, the Court granted preliminary approval (conditioned on the

1

implementation of the changes), and instructed Plaintiffs to file the instant motion for approval of adjusted notice documents. (Dkt. 59.)

     3.     As indicated in the attached revised notice documents, Plaintiffs have implemented the changes requested by the Court. Specifically, Plaintiffs have (with Defendant's agreement):

    a.    Revised the postcard notice,[1] long-form website notice,[2] and revocation request forms[3] to reflect the preliminary approval date, the objection/exclusion deadline, the claims deadline, and the final fairness hearing date and time;

    b.    Revised the postcard notice to reflect that the Claim Form is on the opposite side of the postcard, and clarified the language regarding the claim form filing deadline;

    c.    Revised the long-form website notice to more clearly state that the revocation request forms may be submitted by mail, and that a person who opts out of the settlement will not be deemed to have consented to future autodialed or prerecorded calls from Nationstar; and

    d.    Revised the revocation request forms to more clearly cross-reference its instructions.

**WHEREFORE**, Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers, respectfully request that the Court enter an Order (i) approving the adjusted class notice documents attached hereto, and (ii) providing such other and further relief as the Court deems reasonable and just.

---

[1] A true and accurate copy of the adjusted postcard notice is attached hereto as Exhibit 1.
[2] A true and accurate copy of the adjusted long-form website notice is attached hereto as Exhibit 2.
[3] True and accurate copies of the customer revocation request form and the non-customer revocation request form are attached hereto as Exhibits 3 and 4, respectively.

                    Respectfully submitted,

                    **HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES** and **ROSE SOMERS**, individually and on behalf of all others similarly situated,

Date: October 19, 2015         By: /s/ Benjamin H. Richman
                                            One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel.: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis (Admitted *pro hac vice*)
pparadis@hhplawny.com
Gina M. Tufaro (Admitted *pro hac vice*)
gtufaro@hhplawny.com
PARADIS LAW GROUP, PLLC
570 Seventh Ave., 20th Floor
New York, New York 10018
Tel: 212.986.4500
Jack Landskroner
jack@lgmlegal.com
Drew Legando
drew@lgmlegal.com
LANDSKRONER – GRIECO – MERRIMAN, LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Tel: 216.522.9000
Fax: 216.522.9007

Michael P. Sousa (Admitted *pro hac vice*)
msousa@msousalaw.com
THE LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Drive, Suite A
San Diego, California 92122
Tel: 858.453.6122

Brant C. Martin
brant.martin@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: 817.332.7788

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091
Fax: 619.858.0034

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 19, 2015, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                   /s/ Benjamin H. Richman