# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Heather Wright, et al.
                              Plaintiff,

v.                                                     Case No.: 1:14–cv–10457
                                                     Honorable Edmond E. Chang

Nationstar Mortgage LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2015:

      MINUTE entry before the Honorable Edmond E. Chang: The motion to amend and approve class notice forms and website notice [62] is granted. The exhibits attached to the motion reflect the changes discussed at the preliminary−approval hearing, and thus they are approved. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.