IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

**JOINT STATUS REPORT REGARDING CLASS NOTICE**

Pursuant to the Court's preliminary approval order and its order approving Plaintiffs' joint motion to approve adjusted notice materials, (dkts. 59, 60, 63), the Parties hereby provide the Court with a status report regarding the class notice process:

1. On October 14, 2015, and subject to certain modifications to the form of notice to be disseminated to the Settlement Class, the Court granted preliminary approval to the Parties' proposed class action settlement. (Dkt. 59.) Later, on October 20th, the Court further approved the Parties' proposed revisions to the notice documents. (Dkt. 62.)

2. Since that time, the Parties have worked diligently with the Settlement Administrator to prepare and finalize the notice for dissemination to the Settlement Class. Notwithstanding, during that process the Parties conferred and agreed to seek the Court's approval to make one additional change to the content of the Claim Form and for a brief

1

continuance of the previously scheduled notice deadlines in order to effectuate the requested change.

3. Thereafter, however, the Parties received an inquiry regarding the Settlement from representatives of the offices of the Attorneys General for California, Illinois, Florida, Missouri, and Texas.

4. The Parties participated in an initial telephone conference with the offices of the Attorneys General identified above regarding certain non-monetary aspects of the settlement on November 23, 2015 and anticipate additional communications following the Thanksgiving holiday. As a result, the Parties indicated to the Attorneys General that they would delay the filing of any motion to modify the Claim Form and notice deadlines until after the conclusion of those discussions.

5. To be clear, the Attorneys General have, at this point, refrained from requesting any specific changes to the Settlement. They have further made explicit that their discussions should not be interpreted to suggest that they either approve or disapprove of any aspect of the settlement or the settlement taken as a whole. To the extent any of the Attorneys General choose to object to the Settlement, the Parties anticipate that they would do so formally through a filing with the Court. However, if they ultimately determine not to take further action on this case, no inference should be made that the decision not to object is a tacit approval of any aspect of the Settlement or the Settlement taken as a whole.

6. Notwithstanding the foregoing, the Parties believe that the discussions with the offices of the Attorneys General have been helpful and might lead to negotiations between the Parties to clarify certain aspects of the Settlement. As such, the Parties believe that the class

notice process should be temporarily deferred until a later date and respectfully request that the Court enter an Order to that effect.

    7.    The Parties further propose that they submit a further joint report updating the Court as to the status of this case no later than December 7, 2015.

    Respectfully submitted,

    **HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES** and **ROSE SOMERS**, individually and on behalf of all others similarly situated,

Date: November 25, 2015    By: s/ J. Dominick Larry
    One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel.: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis (Admitted *pro hac vice*)
pparadis@hhplawny.com
Gina M. Tufaro (Admitted *pro hac vice*)
gtufaro@hhplawny.com
PARADIS LAW GROUP, PLLC
570 Seventh Ave., 20th Floor
New York, New York 10018
Tel: 212.986.4500
Jack Landskroner
jack@lgmlegal.com
Drew Legando
drew@lgmlegal.com

LANDSKRONER – GRIECO – MERRIMAN, LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Tel: 216.522.9000
Fax: 216.522.9007

Michael P. Sousa (Admitted *pro hac vice*)
msousa@msousalaw.com
THE LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Drive, Suite A
San Diego, California 92122
Tel: 858.453.6122

Brant C. Martin
brant.martin@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: 817.332.7788

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel: 619.299.2091
Fax: 619.858.0034

|  |  |
|---|---|
|  | **NATIONSTAR MORTGAGE LLC**, |
| Date: November 25, 2015 | By: s/ Henry Pietrkowski |
|  | One of Its Attorneys |

Raymond Y. Kim
rkim@reedsmith.com
Timothy R. Carraher
tcarraher@reedsmith.com
Henry Pietrkowski
hpietrkowski@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
Tel: 312.207.6549
Fax: 312.607.6400

**SIGNATURE ATTESTATION**

  I hereby certify that the content of this document is acceptable to all persons whose signatures are indicated by a confirmed signature (s/) within this e-filed document.

                   s/ J. Dominick Larry

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 25, 2015, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                   s/ J. Dominick Larry