IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>       Defendant. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

### DECLARATION OF BENJAMIN H. RICHMAN IN SUPPORT OF THE PARTIES' JOINT MOTION TO APPROVE ADDENDUM TO CLASS ACTION SETTLEMENT AGREMEENT AND REVISIONS TO NOTICE AND CLAIM FORMS

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted to practice in the United States District court for the Northern District of Illinois. I am entering this declaration in support of the Parties' Joint Motion to Approve Addendum to Class Action Settlement Agreement and Revisions to Notice and Claim Forms. This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify to the matters stated herein, I could and would competently do so.

2. I am a Partner at Edelson PC, and have been retained to represent Plaintiffs and the Class in this action. My partner Rafey Balabanian, and Paul O. Paradis of Paradis Law Group, PLLC, have been appointed Class Counsel in this action.

1

3. Attached as Exhibit 1 is a true and accurate copy of the Parties' Proposed Addendum to the Class Action Settlement Agreement in this action.

4. Attached as Exhibit 2 is a true and accurate copy of the Parties' proposed revised claim form, reflecting the Parties' proposed changes.

5. Attached as Exhibit 3 is a true and accurate copy of the Parties' proposed revised web notice, reflecting the Parties' proposed changes.

6. Attached as Exhibit 4 is a true and accurate copy of the Parties' proposed revised postcard notice, reflecting the Parties' proposed changes.

7. Attached as Exhibit 5 is a true and accurate copy of the Parties' proposed postcard notice in the same format in which it will appear when mailed to the Settlement Class.

\*    \*    \*

I declare under penalty of perjury that the foregoing is true and correct. Executed hits 22nd day of January, 2016, at Chicago, Illinois.

s/ Benjamin H. Richman