# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

## ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT

This Addendum to Class Action Settlement Agreement (the "Addendum") is entered into by and among Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers, individually and on behalf of the Settlement Class ("Plaintiffs"), and Defendant Nationstar Mortgage LLC ("Nationstar") (collectively, the "Parties").[1] The provisions of this Addendum shall be deemed a part of and shall supersede any conflicting or inconsistent provisions contained in the Agreement. Except as expressly modified by this Addendum, all provisions of the Agreement shall remain unmodified in full force and effect. Subject to and in accordance with the foregoing, the Parties hereby agree that:

---

[1] Except as otherwise specified, defined terms shall have the meanings set forth in the Agreement.

1.  Section 1.33 of the Settlement Agreement (defining "Telephone Calls") shall be modified to read as follows:

    **"Telephone Calls"** means any telephone call, short message service ("SMS") transmission, or text message to a cellular telephone using an automatic telephone dialing system or artificial or prerecorded voice placed by Nationstar and/or any third parties acting on its behalf for any purpose related to a mortgage other than telemarketing.

2.  Section 2.2(a) of the Settlement Agreement shall be modified to read as follows:

    **(a) Revocation Requests**. Nationstar shall not use, or knowingly authorize anyone acting on its behalf to use, an automatic telephone dialing system and/or an artificial or prerecorded voice to call the cellular telephones of Settlement Class Members who make a valid and timely Revocation Request in accordance with Section 2.2(b) below. Nationstar agrees to implement reasonable policies and procedures to enforce this obligation no later than forty-five (45) days after the Effective Date.

3.  Section 2.2(b) of the Settlement Agreement shall be modified to read as follows:

    **(b) Opportunity To Make A Revocation Request.** In order to provide Settlement Class Members the opportunity to make a Revocation Request, the Notice will include instructions setting forth clearly and in plain English how to make a Revocation Request. Two forms of Revocation Requests will be made available on the Settlement Website, one for current and former Nationstar customers and the other for non-customers, substantially in the form attached hereto as **Exhibits D and E**, respectively. A Revocation Request may be submitted to the Claims Administrator by any of the following three methods: (i) via mail to a designated post office box; (ii) online via the Settlement Website; or (iii) by calling the Settlement Administrator.

>To be valid, a Revocation Request must be completed fully and accurately and submitted timely to the Claims Administrator or to the designated post office box, via the Settlement Website, or orally by telephone. In order to be deemed timely, a Revocation Request must be submitted via telephone or the Settlement Website by the Effective Date or postmarked by the Effective Date. Any Revocation Request submitted after the Effective Date (whether by telephone, the Settlement Website, or by mail postmarked after the Effective Date), shall not be processed, even if such Revocation Request otherwise would be valid.
>
>If a Settlement Class Member timely submits a written Revocation Request, but fails to fully and accurately complete it, the Revocation Request will be invalid. Notwithstanding, the Claims Administrator will send the Settlement Class Member notice of the defect in the Revocation Request and the Settlement Class Member shall be permitted to re-submit a new Revocation Request. To be valid, the new Revocation Request must be completed fully and accurately and must be submitted via the Settlement Website, telephone call to the Settlement Administrator, or postmarked within twenty-one (21) days of the date of the defect notice is sent.
>
>Nothing herein is meant to affect whatever legal rights, after the Effective Date, any Settlement Class Member may have to revoke his or her prior express consent to be called on his or her cellular phone by an automatic telephone dialing system and/or an artificial or prerecorded voice.

4. The revised notice documents and claim form attached as Exhibits 2, 3, and 4 shall replace those attached to the Settlement Agreement as Exhibits A, B, and C (*see* dkt. 55-1), and those subsequently filed with the Court at Dkts. 62-1 through 62-2, in their entirety.

IN WITNESS WHEREOF, the Parties hereto have caused this Settlement Agreement to be executed, by their duly authorized attorneys.

|  |  |
|---|---|
|  | **HEATHER WRIGHT**, individually and on behalf of the Settlement Class, |
| Dated: _____ | By: _____ |
|  | **CAROLE STEWART**, individually and on behalf of the Settlement Class, |
| Dated: _____ | By: _____ |
|  | **JEANETTE CHILDRESS**, individually and on behalf of the Settlement Class, |
| Dated: _____ | By: _____ |
|  | **ROBERT JORDAN**, individually and on behalf of the Settlement Class, |
| Dated: _____ | By: _____ |
|  | **SEAN HALBERT**, individually and on behalf of the Settlement Class, |
| Dated: _____ | By: _____ |
|  | **DANA SKELTON**, individually and on behalf of the Settlement Class, |
| Dated: _____ | By: _____ |
|  | **VANESSA RUGGLES**, individually and on behalf of the Settlement Class, |
| Dated: _____ | By: _____ |
|  | **ROSE SOMERS**, individually and on behalf of the Settlement Class, |
| Dated: _____ | By: _____ |

                                      **EDELSON PC**
                                      Attorneys for Plaintiffs

Dated: _____             By: _____
                                              Rafey S. Balabanian, Esq.

                                      **PARADIS LAW GROUP PLLC**
                                      Attorneys for Plaintiffs

Dated: _____             By: _____
                                              Paul O. Paradis, Esq.


Dated: _____             **NATIONSTAR MORTGAGE LLC**

                                      By: _____

                                      Its: _____


                                      **REED SMITH LLP**
                                      Attorneys for Defendant Nationstar Mortgage LLC

Dated: _____             By: _____
                                              Henry Pietrkowski, Esq.