# EXHIBIT 2

*Wright et al. v. Nationstar Mortgage LLC*
**United States District Court, Northern District of Illinois**
**Case No. 1:14-cv-10457**

# CLAIM FORM

*Instructions.* Fill out each section of this form and sign where indicated.

| First Name | Last Name |
|---|---|
|  |  |

| Street Address |
|---|
|  |

| City | State | ZIP Code |
|---|---|---|
|  |  |  |

| Cellular Telephone Number(s) | Nationstar Account Number(s) (if available, but not required) |
|---|---|
|  |  |

**TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE ALL OF THE INFORMATION ABOVE AND YOU MUST SIGN THIS CLAIM FORM.**

**YOUR CLAIM FORM MUST BE SUBMITTED ONLINE *OR* SENT BY MAIL TO THE ADDRESS BELOW AND POSTMARKED BY [CLAIMS DEADLINE], 2015.**

*Heather Wright, et al. v. Nationstar Mortgage, LLC*
[Insert class administrator address here]**Nationstar Call Settlement**
**Settlement Administrator**
**PO Box 3560**
**Portland, OR 97208-3560**

**Class Member Affirmation:** By submitting this Claim Form and checking the box below, I declare that I am a member of the Settlement Class and that the following statement is true (box must be checked to receive payment):

☐     I affirm that I am the subscriber or primary user of the cellular telephone number(s) listed above and that I received one or more non-emergency automated or artificial or prerecorded voice calls from Nationstar, or someone calling on behalf of Nationstar, at the number(s) identified above, and that I did not consent to receive these calls. I state under penalty of perjury under the laws of the State in which this Affirmation is executed and the United States of America that the information provided above is true and correct.

Signature: _____     Date: ____ - ____ - ____
                                                                                                              (MM-DD-YY)
Printed Name: _____