# EXHIBIT 3

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

*Wright, et al. v. Nationstar Mortgage LLC*, Case No. 14-cv-10457

# If you received a call from Nationstar on your cell phone regarding a mortgage loan, a class action settlement may affect your rights.

*A Federal Court authorized this Notice. You are not being sued. This is not a solicitation from a lawyer.*

- A Settlement has been reached in a class action lawsuit against Nationstar Mortgage LLC ("Defendant" or "Nationstar"). The suit concerns whether Nationstar violated a federal law called the Telephone Consumer Protection Act by making autodialed, artificial or prerecorded voice calls to the cellular telephones of consumers relating to a mortgage loan. Nationstar denies any wrongdoing, denies that it violated any law, and maintains that its calls regarding mortgage loans provided information that its customers agreed to receive, and that the calls were made with their consent. The Settlement does not establish who is correct, but rather, is a compromise to end the lawsuit.

- You are included in the Settlement if Nationstar had your cellular telephone number in its records as of October 14, 2015. You may be entitled to a cash payment if you complete and return a Claim Form, and you have the option of requesting that Nationstar no longer place calls to your cellular telephone number(s) (which you may do by submitting a Request Form via mail, online or by notifying the settlement administrator by telephone).

- Those who submit valid claims will be eligible to receive an equal share of a $12.1 million settlement fund that Nationstar has agreed to establish. Each individual who submits a valid claim will receive a portion of this fund, after all notice and administration costs, the incentive award, and attorneys' fees have been paid. Nationstar has also agreed to implement procedures to reasonably ensure that class members' requests to stop automated, artificial or prerecorded calls to their cellular telephone numbers will be honored in the future.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| SUBMIT A CLAIM FORM | This is the only way to receive a settlement payment. |
| EXCLUDE YOURSELF | You will receive no payment, but you will retain any rights you currently have to sue Defendant about the issues in this case. |
| OBJECT | Write to the Court explaining why you don't like the Settlement. |
| ATTEND A HEARING | Ask to speak in Court about the fairness of the Settlement. |

QUESTIONS? CALL 1-877-683-9363 TOLL FREE OR VISIT WWW.AUTOMATEDPHONECALLSETTLEMENT.COM

| | |
|---|---|
| **REQUEST TO STOP AUTOMATED, ARTIFICIAL AND PRERECORDED CALLS TO YOUR CELL PHONE NUMBER(S) ("REQUEST FORM")** | If you submit the Request Form or call the settlement administrator at 1-877-683-9363 to ask for such relief on or before the Effective Date of the settlement, Nationstar will stop making automated, artificial and prerecorded voice calls to the cell phone number(s) that you identify in the Request Form, but may continue to make calls through other methods as permitted by law. |
| **DO NOTHING** | You will receive no payment under the Settlement and give up your rights to sue Nationstar about the issues in this case. Also, unless you exclude yourself from the settlement or submit a Request Form, you will have consented to Nationstar or entities acting on its behalf making automated, artificial or prerecorded calls to your cell phone. |

These rights and options—**and the deadlines to exercise them**—are explained in this notice.

The Court in charge of this case still has to decide whether to approve the Settlement. The settlement approval process takes time. Please be patient.

## BASIC INFORMATION

**1. What is this notice and why should I read it?**

A Court authorized this notice to let you know about a proposed Settlement with the Defendant. You have legal rights and options that you may act on before the Court decides whether to approve the proposed Settlement. You may be eligible to receive a cash payment as part of the Settlement. This notice explains the lawsuit, the Settlement, and your legal rights.

Judge Edmond E. Chang of the U.S. District Court for the Northern District of Illinois is overseeing this class action. The case is called *Wright, et al. v. Nationstar Mortgage LLC*, No. 14-cv-10457. The people who filed the lawsuit, Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, and Rose Somers, are the plaintiffs. The company they sued, Nationstar, is the defendant. You need not live in Illinois to get a payment under the Settlement.

**2. What is a class action lawsuit?**

A class action is a lawsuit in which one or more plaintiffs—in this case, Wright, Stewart, Childress, Jordan, Halbert, Skelton, and Somers—sue on behalf of a group of people who have similar claims. Together, this group is called a "Class" and consists of "Class Members." In a class action, the court resolves the issues for all class members, except those who exclude themselves from the class. After the Parties reached an agreement to settle this case, the Court granted preliminary approval of the Settlement and recognized it as a case that should be treated as a class action for settlement purposes.

## THE CLAIMS IN THE LAWSUIT AND THE SETTLEMENT

### 3. What is this lawsuit about?

The lawsuit alleges that Nationstar placed autodialed and prerecorded calls to consumers' cellular telephones without their consent. The lawsuit alleges Nationstar violated a federal law called the Telephone Consumer Protection Act because consumers did not agree to receive these calls.

Nationstar denies these allegations, denies that it violated any law, and contends that it acted with consumers' consent. No court has decided who is right. The parties are entering into the Settlement to avoid time-consuming and expensive litigation. The Settlement is not an admission of wrongdoing by Nationstar. More information about the complaint in the lawsuit and the Defendant's answer can be found in the "Court Documents" section of the settlement website at www.automatedphonecallsettlement.com.

### 4. Why is there a Settlement?

The Court has not decided whether the Plaintiffs or the Defendant should win this case. Instead, both sides agreed to a Settlement. That way, they can avoid the uncertainty and expense of ongoing litigation, and Class Members will get compensation now rather than years later—if ever. The Class Representatives and their attorneys ("Class Counsel") believe that the Settlement is in the best interests of the Class Members.

## WHO'S INCLUDED IN THE SETTLEMENT?

### 5. How do I know if I am in the Settlement Class?

The Court decided that this Settlement includes a Class of "all individuals in the United States for whom Nationstar had in its records a cellular telephone number, as of October 14, 2015."

If you meet the above definition, you are a Class Member. Most Class Members will receive a postcard summary of this notice in the mail.

### 6. What were the allegedly unconsented calls about?

The calls covered by this Settlement were autodialed, artificial and/or prerecorded calls placed by or on behalf of Nationstar regarding a mortgage loan.

## THE SETTLEMENT BENEFITS

### 7. What does the Settlement provide?

**Cash Payments to Class Members:** Defendant has agreed to create a $12.1 million Settlement Fund, from which Class Members who submit valid claims will receive equal cash payments. To get a payment, Class Members must submit a valid claim before the deadline of April 11, 2016. The amount Class Members will receive will depend on the total number of valid claims received. The lower the number of valid claims submitted, the higher the amount of individual payments will be. As the number of valid claims submitted goes up, the amount of individual payments will go down.

All uncashed checks issued to Class Members and any unclaimed money in the Settlement Fund will be equally redistributed to the other claiming Class Members if practical, or otherwise as directed by the Court.

**Change in Nationstar's Practices:** As part of the Settlement, Nationstar has also agreed to implement procedures to ensure that (i) Settlement Class Members will not receive automated, artificial or prerecorded calls on their cell phones if they affirmatively submit a valid and timely Request Form or timely inform the settlement administrator by telephone of such request on or before the Effective Date of the Settlement, and (ii) after the Effective Date of this settlement, Nationstar will effectuate reasonable requests to stop automated, artificial or prerecorded calls in a reasonable and effective manner, including properly coding such requests and training employees about these policies and procedures.

## HOW TO GET BENEFITS

### 8. How do I make a claim?

If you want to get settlement benefits, you must fill out and submit a valid Claim Form on or before April 11, 2016. An online Claim Form is available on this website and can be filled out and submitted online. If you received a postcard in the mail about the Settlement, the postcard includes a paper Claim Form that you can complete and mail back to the settlement administrator at the address printed on the Claim Form. You can also get a paper Claim Form by calling 1-877-683-9363. We encourage you to submit a Claim Form online.

The Claim Form requires you to provide the following information: (1) your name and address, (2) your cellular telephone number(s), and (3) a sworn statement that you subscribed to or were a primary user of the cellular telephone number(s) you identified and that you received one or more automated, artificial or prerecorded voice calls from Nationstar at those numbers without your prior express consent.

### 9. When will I get my payment?

The hearing to consider the fairness of the Settlement is scheduled for [date], 2016. If the Court approves the Settlement, eligible Class Members whose claims were approved by the Settlement Administrator will be sent a check. Please be patient. All checks will expire and become void 90 days after they are issued.

### 10. How do I submit a Request Form to stop automated, artificial and prerecorded voice calls?

At any time up to the Effective Date of the Settlement (i.e., the first business day after any final judgment order entered by the Court becomes final), you will also have the option of requesting that Nationstar no longer call your cellular telephone number(s) using automated, artificial and prerecorded voice calls through a process set up by the settlement. You can submit such a request to revoke your consent either online or by U.S. mail using the Request Form available on the settlement website, or you can call the settlement administrator at 1-877-683-9363 to make such a request. After the Effective Date of the Settlement, Request Forms will no longer be available, but you will still be able to revoke your consent to receive further automated, artificial or prerecorded voice calls from Nationstar through any means available under applicable law.

### THE LAWYERS REPRESENTING YOU

**11. Do I have a lawyer in this case?**

Yes, the Court has appointed lawyers Rafey S. Balabanian of Edelson PC and Paul O. Paradis of Paradis Law Group PLLC as the attorneys to represent you and other Class Members. These attorneys are called "Class Counsel." In addition, the Court appointed Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers to serve as the Class Representatives. They are Class Members like you. Class Counsel can be reached by calling 1-877-683-9363.

**12. Should I get my own lawyer?**

You don't need to hire your own lawyer because Class Counsel is working on your behalf. But if you want your own lawyer, you will have to pay that lawyer. For example, you can ask your lawyer to appear in Court for you if you want someone other than Class Counsel to represent you.

**13. How will the lawyers be paid?**

Class Counsel will ask the Court for attorneys' fees and expenses of up to 34.1% of the Settlement Fund and will also request an award of $5,000 for each of the Class Representatives. The Court will determine the proper amount of any attorneys' fees and expenses to award Class Counsel and the proper amount of any award to the Class Representatives. The Court may award less than the amounts requested. Any money not awarded will stay in the Settlement Fund to pay Class Members.

### YOUR RIGHTS AND OPTIONS

**14. What happens if I do nothing at all?**

If you do nothing, you will receive no payment under the Settlement, you will be in the Class, and if the Court approves the Settlement, you will be bound by all orders and judgments of the Court. Also, if you do not timely submit the Request Form (either online or by mail) or call the settlement administrator to request to opt out of future automated, artificial or prerecorded voice calls from Nationstar, then Nationstar shall be deemed to have your consent to call the cell phone number it has on file for you by using an automatic telephone dialing system or artificial or prerecorded voice calls related to a mortgage for any purpose other than telemarketing. *To be clear, however, the procedure to revoke your consent to receive automated, prerecorded or artificial voice calls from Nationstar by submitting the Request Form applies only until the Effective Date (i.e., the first business day after any final judgment order entered by the Court becomes final). After the Effective Date, you will not be required to submit a Request Form to the settlement administrator, and instead, will be able to revoke your consent to receive further automated, prerecorded or artificial voice calls from Nationstar through any means available under applicable law, including by telephone (either in a call to Nationstar, or during a call received from Nationstar or a company calling on its behalf), at an in-store bill payment location, in writing, or any other reasonable method allowed by law.*

You also have the option to exclude yourself from the settlement altogether, which would also mean you won't be giving consent to Nationstar to call your cell phone, but if you do that, you won't be able to share in any of the benefits of the settlement. If you want to exclude yourself from the settlement, you must do so by sending a letter to the settlement administrator as explained right below in Section 15. Unless you exclude yourself, you won't be able to start a lawsuit or be part of any other lawsuit against Nationstar for the claims or legal issues being resolved by this Settlement.

**15. What happens if I ask to be excluded?**

If you exclude yourself from the Settlement, you will receive no payment under the Settlement. However, you will not be in the Class. You will keep your right to start your own lawsuit against Defendant for the same legal claims made in this lawsuit. You will not be legally bound by the Court's orders or any judgment related to the Class and the Defendant in this class action.

**16. How do I ask to be excluded?**

You can ask to be excluded from the Settlement. To do so, you must send a letter stating that you want to be excluded from the Settlement in *Wright, et al. v. Nationstar Mortgage LLC*, Case No. 14-cv-10457. Your letter must also include your (1) name and address, (2) the cellular telephone number(s) at which you received calls from Nationstar, (3) a statement that you wish to be excluded from the Class, and (4) your signature. You must mail your exclusion request no later than **April 4**, 2016 to:

*Heather Wright et al. v. Nationstar Mortgage LLC.*
Nationstar Call Settlement
Settlement Administrator
PO Box 3560
Portland, OR 97208-3560

You can't exclude yourself on the phone or by email.

**17. If I don't exclude myself, can I sue the Defendant for the same thing later?**

No. Unless you exclude yourself, you give up any right to sue the Defendant for the claims being resolved by this Settlement.

**18. If I exclude myself, can I get anything from this Settlement?**

No. If you exclude yourself, do not submit a Claim Form to ask for a payment.

**19. How do I object to or comment upon the Settlement?**

If you do not exclude yourself from the Class, you can object to or comment upon the Settlement if you don't like any part of it or want to voice your opinions about it. You can give reasons why you think the Court should deny approval by filing an objection. To do so, you must file a letter or brief with the Court stating that you wish to object to or comment upon the Settlement in *Wright, et al. v. Nationstar Mortgage LLC*, Case No. 14-cv-10457 no later than **April 4**, **2016**. Your objection or comment should be sent to the United States District Court for the Northern District of Illinois at the following address:

Clerk of Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If you are represented by a lawyer, the lawyer must file your objection or comment through the Court's CM/ECF system. Include your lawyer's contact information in the objection or comment.

QUESTIONS? CALL 1-877-683-9363 TOLL FREE OR VISIT WWW.AUTOMATEDPHONECALLSETTLEMENT.COM

If you submit an objection, it must be in writing and include the case name *Wright, et al. v. Nationstar Mortgage LLC*, Case No. 14-cv-10457. Your objection must be personally signed and include the following information: (1) your name and address, (2) all arguments, citations, and evidence supporting your objection, including copies of any documents you rely on, (3) a statement that you are a Class Member, and (4) the cellular telephone number(s) at which you received calls from Nationstar. If you wish to appear and be heard at the hearing on the fairness of the Settlement, you or your attorney must say so in your written objection.

In addition to filing your objection (or comment) with the Court, you must send copies of your objection (or comment) and any supporting documents to both Class Counsel and the Defendant's lawyers at the addresses listed below:

| Class Counsel | Defense Counsel |
|---|---|
| Rafey S. Balabanian<br>EDELSON PC<br>350 North LaSalle Street<br>Suite 1300<br>Chicago, IL 60654 | Abraham J. Colman<br>Raymond Y. Kim<br>REED SMITH LLP<br>355 South Grand Ave.<br>Suite 2900<br>Los Angeles, CA 90071 |

Class Counsel will file with the Court and post on the settlement website its request for attorneys' fees and incentive award on March 21, 2016.

**20. What's the difference between objecting and excluding myself from the Settlement?**

Objecting simply means telling the Court that you don't like something about the Settlement. You can object only if you stay in the Class. Excluding yourself from the Class is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

### THE COURT'S FAIRNESS HEARING

**21. When and where will the Court hold a hearing on the fairness of the Settlement?**

The Court will hold the final fairness hearing at 10:30 a.m. on [date], 2016, before the Honorable Edmond E. Chang at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 in Courtroom 2119. The purpose of the hearing is for the Court to determine whether the Settlement is fair, reasonable, and adequate, and in the best interests of the Class. At the hearing, the Court will hear any objections and arguments concerning the fairness of the proposed Settlement, including those related to the amount requested by Class Counsel for attorneys' fees and expenses and the incentive award to the Class Representatives.

**Note:** The date and time of the fairness hearing are subject to change by Court Order. Any changes will be posted at the settlement website, www.automatedphonecallsettlement.com, or through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.ilnd.uscourts.gov.

**22. Do I have to come to the hearing?**

No. Class Counsel will answer any questions the Court may have. But you are welcome to come to the hearing at your own expense. If you send an objection, you don't have to come to Court to talk

about it. As long as your written objection was filed or mailed on time and meets the other criteria described in the Settlement, the Court will consider it. You may also have your own lawyer attend, but you don't have to. If you do hire your own lawyer to represent you, you will have to do so at your own expense.

### 23. May I speak at the hearing?

Yes. If you do not exclude yourself from the Settlement Class, you may ask the Court for permission to speak at the hearing concerning any part of the proposed Settlement. If you filed an objection (*see* Question 18 above) and intend to appear at the hearing, you must state your intention to do so in your objection.

## GETTING MORE INFORMATION

### 24. Where can I get additional information?

This notice summarizes the proposed Settlement. For the precise terms and conditions of the settlement, please see the Settlement Agreement available at www.automatedphonecallsettlement.com, contact Class Counsel at 1-877-683-9363, access the Court docket in this case through the Court's PACER system at https://ecf.ilnd.uscourts.gov, or visit the office of the Clerk of the Court for the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 between 8:30 a.m. and 4:30 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT CONTACT THE COURT, THE JUDGE, OR NATIONSTAR MORTGAGE LLC WITH QUESTIONS ABOUT THE SETTLEMENT OR CLAIMS PROCESS.**