# EXHIBIT 4



LEGAL NOTICE

*Wright et al. v. Nationstar Mortgage LLC.*, Case No. 14-cv-10457

**If you received a call from Nationstar on your cell phone regarding a mortgage loan, a class action settlement may affect your rights.**

A Federal Court authorized this notice.
You are <u>not</u> being sued.
This is <u>not</u> a solicitation from a lawyer.

*See reverse for details.*
*For complete information, visit*
*www.automatedphonecallsettlement.com*
*or call 1-877-683-9363.*

Nationstar Call Settlement
Settlement Administrator
PO Box 3560
Portland, OR 97208-3560

First-Class
Mail
US Postage
Paid
Permit #___

<<BARCODE>>
Postal Service: Please do not mark barcode.

<<FIRST>><<LAST>>
<<ADDR1>><<ADDR2>>
<<CITY>><<ST>><<ZIP>>
<<COUNTRY>>

**Deleted:** [4.25 x 6 postcard notice –]¶
<object><object><object>¶

**Formatted Table**

**Deleted:** .*[website address]*.

**Deleted:** *[toll free number]*.

A settlement has been reached in the class action, *Wright et al. v. Nationstar Mortgage LLC*, No. 14-cv-10457, in the U.S. District Court for the Northern District of Illinois, alleging that Nationstar made automated, artificial, or prerecorded calls about mortgage loans to consumers' cell phones without consent. Nationstar denies any wrongdoing, and maintains that its customers consented to the calls. The settlement does not establish who is correct, but rather, is a compromise to end the case.

**Why am I being contacted?** Our records show you may be a Settlement Class Member, (an individual in the U.S. for whom Nationstar had in its records a cellular telephone number, as of 10/14/15). You may be entitled to payment if you complete and return a Claim Form. You can also request that Nationstar not place automated, artificial, or prerecorded voice calls to your cellular phone(s).

**What can I get out of the settlement?** If the Court approves the settlement, Settlement Class Members who submit valid claims will receive equal shares of a $12.1 million Settlement Fund that Nationstar has agreed to create, after the payment of expenses and fees.

**How do I get my payment?** Just complete and verify the short and simple Claim Form available on the other side of this postcard and also available at www.automatedphonecallsettlement.com. You can also request a replacement paper copy of the Claim Form if necessary. *All Claim Forms must be either postmarked or submitted online by April 11, 2016.*

**May I opt out of future automated, artificial or prerecorded voice calls from Nationstar?** *Yes, just complete the Request Form available at www.automatedphonecallsettlement.com or call the settlement administrator at 1-877-683-9363. Request forms must be submitted online, postmarked, or called in by the Settlement's "Effective Date" (the first business day after the Court's judgment becomes final). The Request Form procedure applies only until the Effective Date. After that, you won't have to submit a Request Form, and instead, will be able to revoke your consent to receive automated, prerecorded or artificial voice calls from Nationstar through any means available under law, including by phone (either in a call to Nationstar, or during a call received from Nationstar or a company calling on its behalf), at an in-store bill payment location, in writing, or by any other reasonable method allowed by law.*

**What happens if I don't fill out the form to opt out of future automated, artificial or prerecorded voice calls from Nationstar?** If you don't timely submit the Request Form or call the settlement administrator, to opt out of future automated, artificial or prerecorded voice calls from Nationstar, then Nationstar shall be deemed to have your consent to call the cell phone number it has on file for you by using an automatic telephone dialing system or artificial or prerecorded voice calls related to a mortgage for any purpose other than telemarketing.

**What are my options regarding the proposed settlement?** You can do nothing, submit a Claim Form, submit a Request Form, comment on or object to any of the settlement terms, or exclude yourself from the settlement. If you do nothing or submit a Claim Form, you won't be able to sue Nationstar in a future lawsuit about the claims addressed in the settlement. If you exclude yourself, you won't get a payment but you'll keep your right to sue Nationstar on the issues the settlement concerns. You must contact the settlement administrator by mail to exclude yourself. You can also object to or comment upon the settlement if you disagree with or want to share opinions of any of its terms. *Requests for Exclusion, Objections and Comments must be received by April 4, 2016.*

**Do I have a lawyer?** Yes. The Court has appointed lawyers from the law firms Edelson PC and Paradis Law Group, PLLC as "Class Counsel." They represent you and other Settlement Class Members. The lawyers will request to be paid from the Settlement Fund. You can hire your own lawyer, but you'll need to pay your own legal fees. The Court has also chosen Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers to represent the Class.

**When will the Court approve the settlement?** The Court will hold a final approval hearing on date at 10:30 a.m. at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, Courtroom 2119. The Court will hear objections, determine if the settlement is fair, and consider Class Counsel's request for fees and expenses (up to 34.1% of the Settlement Fund) and an incentive award. Additional information will be posted on the website listed below.

*Visit www.automatedphonecallsettlement.com for complete information.*

---

**Deleted:** a

**Formatted:** Not Expanded by / Condensed by

**Deleted:** lawsuit against

**Formatted** …

**Formatted:** ("Nationstar"). The lawsuit alleges…, No. 14-cv-10457, in the U.S. District Court for the Northern District of Illinois, alleging that Nationstar made automated, artificial, or prerecorded calls about mortgage loans to the cellular telephones of consumers relating to a mortgage loan…consumers' cell phones without their …consent. Nationstar denies any wrongdoing, denies that it violated any laws, …nd maintains that its calls regarding mortgage loans are information that its …ustomers agreed to receive and are made with their consent….onsented to the calls. The settlement does not establish who is correct, but rather, is a compromise to end the lawsuit. The lawsuit is calling on *Wright et al. v. Nationstar Mortgage LLC*, Case No. 14-cv-10457, and is in the U.S. District Court for the Northern District of Illinois. …

**Formatted:** Not Expanded by / Condensed by

**Deleted:** "…ettlement Class Member." Settlement Class Members are all individuals…(an individual in the United States …

**Formatted:** Font color: Black, Condensed by 0.4 pt

**Deleted:** …0/14, 2015…15). You may be entitled to payment under the settlement …f you complete and return a Claim Form. You can also have the option of requesting…equest that Nationstar no longer…ot place automated, artificial or prerecorded voice …alls to your cellular telephone number …

**Deleted:** If you're eligible and…f the Court approves the settlement, you could receive a cash payment.

**Deleted:** [settlement website]….automatedphonecallsettlement.com. You can also call [toll free number]…-877-683-9363 to request a …

**Formatted:** Space After: 0 pt

**Formatted:** Font: Bold, Italic

**Deleted:** [settlement website].com or call the settlement …

**Formatted:** Space Before: 0 pt, After: 0 pt

**Formatted:** Font: Not Bold, No underline

**Deleted:** …f you do not…on't timely submit the Reque …

**Deleted:** *January 14…pril 4, 2016.*

**Deleted:** February 18, 2016. date at 10:30 a.m. at the …

**Formatted** …

**Deleted:** /

**Formatted:** Not Highlight

**Deleted:** settlement website

**Formatted:** Not Highlight

**Deleted:** *l…for complete information.*¶