# EXHIBIT 5

**Nationstar Call Settlement**
**Settlement Administrator**
**PO Box 3560**
**Portland, OR 97208-3560**

LEGAL NOTICE

*Wright et al. v. Nationstar Mortgage LLC,* Case No 14-cv-10457

**If you received a call from Nationstar on your cell phone regarding a mortgage loan, a class action settlement may affect your rights.**

A Federal Court authorized this notice
You are <u>not</u> being sued
This is <u>not</u> a solicitation from a lawyer

A settlement has been reached in the class action *Wright et al. v. Nationstar Mortgage LLC*, No 14-cv-10457, in the U S District Court for the Northern District of Illinois, alleging that Nationstar made automated, artificial, or prerecorded calls about mortgage loans to consumers' cell phones without consent Nationstar denies any wrongdoing, and maintains that its customers consented to the calls The settlement does not establish who is correct, but rather, is a compromise to end the case

*See reverse for details.*
***For complete information, visit***
***www.AutomatedPhoneCallSettlement.com***
***or call 1-877-683-9363.***

<<BARCODE>>
Postal Service: Please do not mark barcode.

<<FIRST>><<LAST>>
<<ADDR1>><<ADDR2>>
<<CITY>><<ST>><<ZIP>>
<<COUNTRY>>

**Why am I being contacted?** Our records show you may be a Settlement Class Member (an individual in the U.S. for whom Nationstar has in its records a cellular telephone number as of 10-14-15). You may be entitled to a payment if you complete and return a Claim Form. You can also request that Nationstar not place automated, artificial or prerecorded calls to your cellular phone(s).

**What can I get out of the settlement?** If the Court approves the settlement, Settlement Class Members who submit valid claims will receive equal shares of a $12.1 million Settlement Fund that Nationstar has agreed to create, after the payment of expenses and fees.

**How do I get my payment?** Just complete and verify the short and simple Claim Form available on the other side of this postcard and also available at www.AutomatedPhoneCallSettlement.com. You can also call **1-877-683-9363** to request a replacement paper copy of the Claim Form if necessary. *All Claim Forms must be either postmarked or submitted online by [new date].*

**May I opt out of future automated, artificial, or prerecorded voice calls from Nationstar?** *Yes, just complete the Request Form available at www.AutomatedPhoneCallSettlement.com or call the settlement administrator at 1-877-683-9363. Request forms must be submitted online, postmarked, or called in by the Settlement's "Effective Date" (the first business day after the Court's judgment becomes final). The Request Form procedure applies only until the Effective Date. After that, you won't have to submit a Request Form, and instead, will be able to revoke your consent to receive automated, prerecorded or artificial voice calls from Nationstar through any means available under law, including by phone (either in a call to Nationstar, or during a call received from Nationstar or a company calling on its behalf), at an in-store bill payment location, in writing, or by any other reasonable method allowed by law.*

**What happens if I don't fill out the form to opt out of future automated, artificial or prerecorded voice calls from Nationstar?** If you don't timely submit the Request Form or call the Settlement Administrator to opt out of future automated, artificial or prerecorded voice calls from Nationstar, then Nationstar shall be deemed to have your consent to call the cell phone number it has on file for you by using an automatic telephone dialing system or artificial or prerecorded voice calls related to a mortgage for any purpose other than telemarketing.

**What are my options regarding the proposed settlement?** You can do nothing, submit a Claim Form, submit a Request Form, comment on or object to any of the settlement terms, or exclude yourself from the settlement. If you do nothing or submit a Claim Form, you won't be able to sue Nationstar in a future lawsuit about the claims addressed in the settlement. If you exclude yourself, you won't get a payment, but you'll keep your right to sue Nationstar on the issues the settlement concerns. You must contact the Settlement Administrator by mail to exclude yourself. You can also object to or comment upon the settlement if you disagree with or want to share opinions of any of its terms. *Requests for Exclusion, Objections, and Comments must be received by [new date].*

**Do I have a lawyer?** Yes. The Court has appointed lawyers from the law firms Edelson PC and Paradis Law Group, PLLC as "Class Counsel." They represent you and other Settlement Class Members. The lawyers will request to be paid from the Settlement Fund. You can hire your own lawyer, but you'll need to pay your own legal fees. The Court has also chosen Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers to represent the Class.

**When will the Court approve the settlement?** The Court will hold a final approval hearing on *[new date]* at **10:30 a.m.** at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, Courtroom 2119. The Court will hear objections, determine if the settlement is fair, and consider Class Counsel's request for fees and expenses (up to 34.1% of the Settlement Fund) and an incentive award. Additional information will be posted on the website listed below.

*Visit www.AutomatedPhoneCallSettlement.com for complete information.*

O1992 v.10 01.22.2016



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 581    PORTLAND, OR

POSTAGE WILL BE PAID BY ADDRESSEE

NATIONSTAR CALL SETTLEMENT
SETTLEMENT ADMINISTRATOR
PO BOX 3560
PORTLAND OR 97208-9869

Case: 1:14-cv-10457 Document #: 67-6 Filed: 01/22/16 Page 5 of 5 PageID #:726

<<mail_id>>

*Wright et al. v. Nationstar Mortgage LLC*
**United States District Court, Northern District of Illinois**
**Case No. 1:14-cv-10457**

## CLAIM FORM

**Instructions.** *Fill out each section of this form and sign where indicated.*

| First Name | Last Name |
|---|---|
| | |

| Street Address |
|---|
| |

| City | State | ZIP Code |
|---|---|---|
| | | |

| Cellular Telephone Number(s) | Nationstar Account Number(s) (if available, but not required) |
|---|---|
| | |

**TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE <u>ALL</u> OF THE INFORMATION ABOVE, AND YOU MUST <u>SIGN</u> THIS CLAIM FORM.**

**YOUR CLAIM FORM MUST BE SUBMITTED ONLINE *OR* SENT BY MAIL TO THE ADDRESS BELOW AND POSTMARKED BY [new date].**

*Heather Wright, et al. v. Nationstar Mortgage, LLC*
**Nationstar Call Settlement**
**Settlement Administrator**
**PO Box 3560**
**Portland, OR 97208-3560**

**Class Member Affirmation:** By submitting this Claim Form and checking the box below, I declare that I am a member of the Settlement Class and that the following statement is true (box must be checked to receive payment):

☐ I affirm that I am the subscriber or primary user of the cellular telephone number(s) listed above and that I received one or more non-emergency automated or artificial or prerecorded voice calls from Nationstar, or someone calling on behalf of Nationstar, at the number(s) identified above, and that I did not consent to receive these calls   I state under penalty of perjury under the laws of the State in which this Affirmation is executed and the United States of America that the information provided above is true and correct

Signature: _____   Date: ____-____-____
                                                                                                                                                                        (MM-DD-YY)

Printed Name: _____   O1994 v.10 01.22 2016