## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Heather Wright, et al.
                      Plaintiff,

v.                                         Case No.: 1:14−cv−10457
                                               Honorable Edmond E. Chang

Nationstar Mortgage LLC
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 27, 2016:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Defendant's counsel, Henry Pietrkowski, appeared by telephone. The parties' joint motion to approve the addendum to the class action settlement agreement and revisions to notice and claim forms [67] is granted. Notice to the class to be made by 02/16/2016. Any class member may seek to be excluded from the settlement by 04/04/2016. Deadline for class members to object to the settlement is 04/04/2016. The deadline for submissions of claims is 04/11/2016. Fairness hearing set for 05/19/2016 at 10:00 a.m. Plaintiffs' attorney's motion for fees and costs due 03/21/2016. Motion for final approval due 04/26/2016. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.