# Letter of Objection Wright et al. v. Nationstar Mortgage, LLC

Case # 1:14-cv-10457

I am writing to object to the above class action lawsuit settlement claim received on February 19, 2016.

According to the preliminary document on February 18, 2016, at 10:30 a.m., this Court would hold a Final Approval Hearing on the fairness, adequacy, and reasonableness of the Settlement Agreement, and to determine whether: (i) final approval of the Settlement should be granted and (ii) Class Counsel's application for attorney's fees and expenses, and incentive awards to the Class Representatives, should be granted. So, here are my objections to the settlement you're Honor:

In today's society consumers no longer possess land lines in their homes. Therefore, when required to give contact information for legal and/or personal business they provide establishments, like Nationstar, their cellar numbers. In doing so, in my opinion they set the standard for establishments to use that contact information for a magnitude of motives. Furthermore, if they possess a loan with Nationstar and willing delivered their cell number as part of legal means during loan application or closing they waive the right, in my opinion, to sue the mortgage company for using or selling that information for marketing purposes.

Times are changing! Consumers have the right to place their cellar numbers on the National Do Not Call List. Which may not completely stop unwarranted/wanted calls, but would slow them down. In my opinion, if they received unsolicited calls the consumer can simply add that caller to their cellar devices "blocked" list, place the cellar number on the Do Not Call List or request that the establishment remove them from the solicitation list. Today's society is too willing to file suit against companies for trivial matters on the primase of getting rich when there are so many, many more pressing matters for our legal system.

I strongly urge you to reconsider your decision.

Respectively,

Sandra D Cooper
105 Stacy Lane
Warner Robins, Georgia 31088
Cell (478) 284-1386

FILED
FEB 2 4 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT