IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case. No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

**MOTION FOR APPROVAL OF ATTORNEYS' FEES,
EXPENSES, AND INCENTIVE AWARDS**

Pursuant to Federal Rule of Civil Procedure 23(h), Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers ("Plaintiffs") respectfully request that the Court enter an Order approving his request for an award of reasonable attorneys' fees and expenses to Class Counsel, and an incentive for their role as Class Representatives in connection with the Parties' proposed class action settlement in this matter. Plaintiffs' motion is based upon their Notice of Motion, the Memorandum in support of the Motion and the exhibits attached thereto, and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith.[1]

---

[1] Pursuant to the Parties' proposed Class Action Settlement Agreement, Defendant has agreed to pay Plaintiffs' counsel reasonable attorneys' fees in an amount to be determined by the Court, and Plaintiffs have agreed to seek no more than $4,125,000.00. Prior to filing the instant motion, counsel for the Parties conferred and the undersigned is authorized to represent that Defendant reserves the right to oppose the relief requested herein, consistent with the terms of the Parties' proposed Settlement.

1

WHEREFORE, Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers, individually and on behalf of the Settlement Class, respectfully request that the Court enter an Order (1) approving an award of $3,690,000 in attorneys' fees and expenses to Class Counsel, (2) approving an incentive award of $5,000 to each Class Representative in recognition of their efforts on behalf of the Settlement Class, and (3) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES** and **ROSE SOMERS**, on behalf of all others similarly situated,

Dated: March 21, 2016

By: s/ Rafey S. Balabanian
One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis (Admitted *pro hac vice*)
Gina M. Tufaro (Admitted *pro hac vice*)
PARADIS LAW GROUP, PLLC
570 Seventh Avenue, 20th Floor
New York, NY 10018
Tel: 212.986.4500
Fax: 212.986.4501

Jack Landskroner (Admitted *pro hac vice*)
LANDSKRONER GRIECO MERRIMAN LLC
1360 West 9th Street, Suite 200

Cleveland, Ohio 44113
Tel: .216.522.9000
Fax: 216.522.9007

Brant C. Martin (Admitted *pro hac vice*)
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: 817.332.7788
Fax: 817.332.7789

Michael P. Sousa (Admitted *pro hac vice*)
sousam@sbcglobal.net
LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
Tel: 858.453.6122, ext. 15

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
Law Offices of Douglas J. Campion, APC
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Tel: 619.299.2901
Fax: 619.858.0034

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2016, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                               s/ Rafey S. Balabanian