IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case. No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

**UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD WITH EXCESS PAGES, *INSTANTER***

Pursuant to Local Rule 7.1, and without opposition from Defendant Nationstar Mortgage LLC ("Nationstar"), Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers ("Plaintiffs"), hereby respectfully request that the Court grant them leave to file a memorandum in support of their Motion for Attorneys' Fees, Expensive, and Incentive Awards (dkt. 70) in excess of the Court's fifteen-page limit, *instanter*. In support of the instant motion, Plaintiffs state as follows:

1.  On October 14, 2015, the Court granted preliminary approval of the Parties' proposed class action settlement (the "Preliminary Approval Order"). (Dkt. 60.)

2.  On January 27, 2016, the Court approved an Addendum containing several changes to the Parties' proposed class action settlement agreement and the accompanying Class notice and claim forms. (Dkt. 68.) Pursuant to the Court's order approving the Addendum,

1

Plaintiffs are required to file their Motion for Approval of Attorneys' Fees, Expenses, and Incentive Awards on or before March 21, 2016. (*Id.*)

3. However, in order to adequately address the propriety of the requested attorneys' fee and incentive awards, particularly in light of other similar settlements and the nature of the instant litigation and settlement, Plaintiffs' Memorandum of Law in Support of Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award (the "Memorandum") exceeds the Court's fifteen-page limit.

4. Specifically, Plaintiff's Memorandum includes a total of twenty-six pages of substance.

5. Prior to filing the instant motion, Plaintiffs' counsel conferred with counsel for Defendant, and is authorized to state that Defendant has no opposition to the relief requested herein.

6. Moreover, good cause exists to grant the instant motion, and the relief requested herein is not sought for any improper purpose.

7. Attached hereto as Exhibit 1 is a true and accurate copy of Plaintiffs' Memorandum of Law in Support of Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award.

**WHEREFORE,** Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers, respectfully request that the Court enter an Order (i) granting them leave to file their Memorandum Law in Support of Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award, the substance of which shall not exceed twenty-six pages, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES** and **ROSE SOMERS**, on behalf of all others similarly situated,

Dated: March 21, 2016        By: <u>s/ Rafey S. Balabanian</u>
                                          One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis (Admitted *pro hac vice*)
Gina M. Tufaro (Admitted *pro hac vice*)
PARADIS LAW GROUP, PLLC
570 Seventh Avenue, 20th Floor
New York, NY 10018
Tel: 212.986.4500
Fax: 212.986.4501

Jack Landskroner (Admitted *pro hac vice*)
LANDSKRONER GRIECO MERRIMAN LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Tel: 216.522.9000
Fax: 216.522.9007

Brant C. Martin (Admitted *pro hac vice*)
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: 817.332.7788
Fax: 817.332.7789

          Michael P. Sousa (Admitted *pro hac vice*)
          sousam@sbcglobal.net
          LAW OFFICES OF MICHAEL P. SOUSA, APC
          3232 Governor Dr., Suite A
          San Diego, CA 92122
          Tel: 858.453.6122, ext. 15

          Douglas J. Campion (Admitted *pro hac vice*)
          doug@djcampion.com
          Law Offices of Douglas J. Campion, APC
          17150 Via Del Camp, Suite 1000
          San Diego, CA 92127
          Tel: 619.299.2901
          Fax: 619.858.0034

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2016, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

s/ Rafey S. Balabanian