**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Heather Wright, et al v. Nationstar Mortgage, LLC

Case Number: 14-CV-10457

An appearance is hereby filed by the undersigned as attorney for:
Anton A. Fischer, Jr.

Attorney name (type or print): Mark B. Grzymala

Firm: Grzymala Law Offices, P.C.

Street address: 10024 Skokie Blvd, Suite 206

City/State/Zip: Skokie, IL 60077

Bar ID Number: 6275048
(See item 3 in instructions)

Telephone Number: 847-920-7286

Email Address: mark@grzymalalaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 31, 2016

Attorney signature: S/ Mark B. Grzymala
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015