## DECLARATION

Under penalty of perjury, I do hereby state that I am a citizen of the United States. I received a postcard legal notice from the Nationstar Call Settlement Administrator advising me about the proposed settlement in *Wright, et al., v. Nationstar Mortgage LLC*, Case No. 14-cv-10457 (N.D. Ill.) and informing me that if I received a call from Nationstar on my cell phone regarding a mortgage loan, I may be a class member. I did receive such calls on my cellular telephone number – 865-679-0825. These calls were telemarketing calls stating that I could lower the rate on my mortgage. I listened to the message and waited on hold, only then to discover that I did not qualify for a lower rate. I submitted a claim for settlement benefits on March 14, 2016, Claim Confirmation No. JYZ6GCWH.

Dated: April 4, 2016

_____
Amy Jo Mitchell
6109 Ricky Allen Road
Corryton, Tennessee 37721-3925