## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) Case No. 14-cv-10457 ) |
| *Plaintiffs*, v. | ) ) Hon. Edmond E. Chang ) |
| NATIONSTAR MORTGAGE LLC, a Delaware limited liability company, | ) ) ) ) |
| *Defendant*. | ) ) |

### MOTION TO WITHDRAW AS ATTORNEYS

Mark B. Grzymala of the law firm of Grzymala Law Offices, P.C., and Scott Mancinelli (pro hac vice application pending) pursuant to L.R. 83.17, move this court for leave to withdraw their respective appearances as attorneys for Plaintiff/Claim Member ANTON A. FISCHER, JR. ("Fischer") and to withdraw Mancinelli's Motion for Admission Pro Hac Vice, in support thereof, state as follows:

1. On March 31, 2016, Mark B. Grzymala filed his appearance as local counsel in this matter for Fischer. On the same day, he also filed a Motion for Admission Pro Hac Vice for attorney Scott Mancinelli.

2. Fischer no longer needs legal representation in this action. Therefore movants wish to withdraw as the attorneys for Fischer.

3. In the event said Motion for Admission Pro Hac Vice has not been granted, then movants also withdraw said motion.

4. Fischer will not be prejudiced by movants' withdrawal as his attorneys and consents to said withdrawal. He also waives any notice of this motion. See Exhibit A.

5. The granting of this motion will not delay the trial of this action.

WHEREFORE, Movants Mark B. Grzymala of the law firm of Grzymala Law Offices, PC, and Scott Mancinelli prays this Court for leave to withdraw their respective appearances as attorneys for ANTON A. FISCHER, JR., to withdraw the pending Motion for Admission Pro Hac Vice and for any other relief this honorable court deems just.

Respectfully submitted,

Dated: April 4, 2016

s/ Mark B. Grzymala
Mark B. Grzymala, Esq.
Illinois Bar No. 6275048
Attorney for Anton A. Fischer, Jr.
Grzymala Law Offices, P.C.
10024 Skokie Blvd, Suite 206
Skokie, IL 60077
Email: mark@grzymalalaw.com
Telephone: 847-920-7286
Facsimile: 847-386-1030

Dated: April 4, 2016

/s/ Scott Mancinelli
Scott Mancinelli
Mich Bar No. 60148 & Cal. Bar No. 171858
Attorney for Anton A. Fischer, Jr.
Pro Hac Vice application pending
PO Box 3266
Holland, MI 49422-3266
Telephone: 616-990-0453
Email: lawmance@live.com