## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br> v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>   *Defendant*. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

## NOTICE OF MOTION

**To:** See Attached Service List

PLEASE TAKE NOTICE that on April 12, 2016 at 8:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Edmond E. Chang or any judge that may be sitting in his stead, in Courtroom 2119 at the U.S. District Court, 219 S. Dearborn, Chicago, Illinois 60604 and then and there present the attached **Motion to Withdraw as Attorneys**, at which time you may appear if you so choose.

Respectfully submitted,

Dated: April 4, 2016

s/ Mark B. Grzymala
Mark B. Grzymala, Esq.
Illinois Bar No. 6275048
Attorney for Anton A. Fischer, Jr.
Grzymala Law Offices, P.C.
10024 Skokie Blvd, Suite 206
Skokie, IL 60077
Email: mark@grzymalalaw.com
Telephone: 847-920-7286
Facsimile: 847-386-1030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served April 5, 2016 via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Mark B. Grzymala
Mark B. Grzymala

Anton Fischer Jr.
5671 Christie Ave SE #5673
Grand Rapids, MI 49508