IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case. No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

## STIPULATION TO WITHDRAW
## <u>OBJECTION OF C. JEFFREY THUT</u>

Objector C. Jeffrey Thut ("Thut") and Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers ("Plaintiffs") hereby stipulate and agree to the withdrawal of Thut's objection to the proposed class action settlement of this matter (the "Objection"). In support of the instant stipulation, Thut and Plaintiffs state as follows:

WHEREAS, on April 1, 2016, Thut filed his Objection to the parties' proposed class action settlement (dkt. 79);

WHEREAS, Thut has now determined to withdraw the Objection in its entirety;

WHEREAS, no payment, consideration, or promise of consideration has been made to Thut or his counsel at Noonan, Perillo & Thut and Bandas Law Firm;

WHEREAS, Thut and Plaintiffs have further agreed that they shall each bear their own attorneys' fees and costs in any way associated with the Objection and its withdrawal; and,

1

WHEREAS, Plaintiffs do not intend to seek any other relief from Thut or his counsel at Noonan, Perillo & Thut and Bandas Law Firm related to the Objection, upon its withdrawal.

THEREFORE, IT IS HEREBY STIPULATED and AGREED as follows:

1. Thut's Objection to the parties' proposed class actions settlement is hereby withdrawn in its entirety; and

2. Thut and Plaintiffs shall each bear their own attorneys' fees and costs in any way associated with the Objection and its withdrawal.

IT IS SO STIPULATED.

**C. JEFFREY THUT,**

Dated: April 5, 2016          By:/s/ C.Jeffrey Thut_____

C. Jeffrey Thut
jthut@npt-law.com
Noonan, Perillo & Thut
25 North County Street
Waukegan, Illinois 60085
Tel: 847.244.0111
Fax: 847.244.0513

**HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES** and **ROSE SOMERS,** on behalf of all others similarly situated,

Dated: April 5, 2016          By: /s/ Rafey S. Balabanian_____
                                      One of Plaintiffs' Attorneys

2

                                                   Jay Edelson  
                                                   jedelson@edelson.com  
                                                 Rafey S. Balabanian  
                                                 rbalabanian@edelson.com  
                                                 Benjamin H. Richman  
                                                 brichman@edelson.com  
                                                 J. Dominick Larry  
                                                 nlarry@edelson.com  
                                                 EDELSON PC  
                                                 350 North LaSalle Street, 13th Floor  
                                                 Chicago, Illinois 60654  
                                                 Tel: 312.589.6370  
                                                 Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2016, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.