## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Wright et al v. NationStar Mortgage LLC     Case Number: 14-cv-10457

An appearance is hereby filed by the undersigned as attorney for:
Amy Jo Mitchell

Attorney name (type or print):  W. Allen McDonald

Firm:    Lacy, Price & Wagner, P.C.

Street address:    249 N. Peters Rd., Knoxville, TN  37923

City/State/Zip:    Knoxville, TN  37923

Bar ID Number:
(See item 3 in instructions)

Telephone Number:    (865) 246-0800

Email Address: amcdonald@lpwpc.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                 ☐ Appointed Counsel
                                                   If appointed counsel, are you a
                                                   ☐ Federal Defender
                                                   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 5, 2016

Attorney signature:    S/ W. Allen McDonald
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015