# Bar Memberships of John Jacob Pentz

| **State Courts** | Date Admitted | Bar # | Status |
|---|---|---|---|
| Supreme Judicial Court of Massachusetts<br>1 Pemberton Sq # 1-400 Boston, MA 02108 | December 1992 | 561907 | Active |
| Supreme Court of New Hampshire<br>One Charles Doe Drive, Concord, NH 03301 | May 1995 | 10882 | Inactive |

| **Federal Courts** | | | |
|---|---|---|---|
| Supreme Court of the United States<br>1 First Street NE Washington, DC 20543 | October 2006 | | Active |
| U.S. District Court for the Dist. of Mass.<br>1 Courthouse Way, Boston, MA 02210 | September 1995 | 40760 | Active |
| U.S. District Court for the Dist. of NH<br>55 Pleasant St., Concord, NH 03301 | May 2011 | | Active |
| U.S. Court of Appeals for the 1st Circuit<br>1 Courthouse Way, Boston, MA 02210 | May 2003 | | Active |
| U.S. Court of Appeals for the 2nd Circuit<br>500 Pearl St., New York, NY 10007 | April 2010 | | Active |
| U.S. Court of Appeals for the 3rd Circuit<br>21400 U.S. Courthouse,<br>601 Market St., Philadelphia, PA 19106 | October 2001 | | Active |
| U.S. Court of Appeals for the 4th Circuit<br>1100 E Main St # 617 Richmond, VA 23219 | September 2003 | | Active |
| U.S. Court of Appeals for the 5th Circuit<br>600 S. Maestri Pl., New Orleans, LA 70130 | November 2008 | | Active |
| U.S. Court of Appeals for the 6th Circuit<br>540 Potter Stewart U.S. Courthouse<br>100 E. Fifth Street, Cincinnati, Ohio 45202-3988 | May 2005 | | Active |
| U.S. Court of Appeals for the 7th Circuit<br>219 S. Dearborn Street, Chicago, IL 60604 | March 2002 | | Active |
| U.S. Court of Appeals for the 8th Circuit<br>111 S 10th St #24 St. Louis, MO 63102 | May 2005 | | Active |

| | | |
|---|---|---|
| U.S. Court of Appeals for the 9th Circuit<br>95 7th St., San Francisco, CA 94103 | April 2002 | Active |
| U.S. Court of Appeals for the 10th Circuit<br>1823 Stout St., Denver, CO 80257 | September 2006 | Active |
| U.S. Court of Appeals for the 11th Circuit<br>56 Forsyth St., N.W., Atlanta, Georgia 30303 | May 2002 | Active |