# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Heather Wright, et al.

                        Plaintiff,

v.                                             Case No.: 1:14–cv–10457

                                                      Honorable Edmond E. Chang

Nationstar Mortgage LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 11, 2016:

      MINUTE entry before the Honorable Edmond E. Chang: On Attorney John Pentz's motion for leave to appear pro hac vice [88], Pentz shall file a reply to Plaintiffs' response [90] by 04/18/2016. Plaintiffs may file a sur–reply by 04/22/2016. The motion is set for hearing on 05/06/2016 at 9:30 AM.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.