
# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiffs*,<br><br>　　　　　*v.*<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>　　　　　*Defendant*. | Case. No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS

PLEASE TAKE NOTICE THAT Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers ("Plaintiffs") hereby respectfully withdraw their opposition to the Motion to Withdraw as Attorney for Anton A. Fischer. (Dkt. 89 [the "Opposition"].) Plaintiffs have conferred with counsel for Mr. Fisher and understand that they do not dispute the facts as laid out in Plaintiffs' opposition brief and now recognize the impropriety of their conduct here, and will not repeat it in other matters in the future. Based solely on those representations, Plaintiffs do not wish to pursue this issue further and hereby withdraw their Opposition.[1]

---

[1] Although his counsel appeared in this matter and indicated his intention to object, Objector Fischer did not ultimately file a formal objection to the Settlement. Thus, Fischer has no matters before the Court and is effectively withdrawing from these proceedings.

1

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>**HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES** and **ROSE SOMERS**, on behalf of all others similarly situated, |
| Dated: April 15, 2016 | By: /s/ Rafey S. Balabanian<br>One of Plaintiffs' Attorneys<br><br>Jay Edelson<br>jedelson@edelson.com<br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Benjamin H. Richman<br>brichman@edelson.com<br>J. Dominick Larry<br>nlarry@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 13th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>Paul O. Paradis (Admitted *pro hac vice*)<br>Gina M. Tufaro (Admitted *pro hac vice*)<br>PARADIS LAW GROUP, PLLC<br>570 Seventh Avenue, 20th Floor<br>New York, NY 10018<br>Tel: 212.986.4500<br>Fax: 212.986.4501<br><br>Jack Landskroner (Admitted *pro hac vice*)<br>LANDSKRONER GRIECO MERRIMAN LLC<br>1360 West 9th Street, Suite 200<br>Cleveland, Ohio 44113<br>Tel: 216.522.9000<br>Fax: 216.522.9007<br><br>Brant C. Martin (Admitted *pro hac vice*)<br>WICK PHILLIPS GOULD & MARTIN, LLP<br>100 Throckmorton Street, Suite 500<br>Fort Worth, Texas 76102<br>Tel: 817.332.7788<br>Fax: 817.332.7789 |

Michael P. Sousa (Admitted *pro hac vice*)
sousam@sbcglobal.net
LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Dr., Suite A
San Diego, CA 92122
Tel: 858.453.6122, ext. 15

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
Law Offices of Douglas J. Campion, APC
17150 Via Del Campo, Suite 1000
San Diego, CA 92127
Tel: 619.299.2901
Fax: 619.858.0034

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2016, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                              /s/ Rafey S. Balabanian