

April 13, 2016

Michel Betancourt
14568 Spotted Sandpiper Blvd
Winter Garden, FL 34787

# FILED

APR 18 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: *Wright, et al. v. Nationstar Mortgage LLC*, Case No. 14-cv-10457

To whom it may concern:

Last night, April 12, 2016 at around 8:00pm, I received notice to be added to the claim. The last date to be added to the claim, however, was on April 11, 2016.

Since I received my notice 1 day late, this letter is to inform you that I request to be added to the claim. I sent the card in but in case the card is not visible to all parties here is the information requested and required per the card:

Michel Betancourt
14568 Spotted Sandpiper Blvd
Winter Garden, FL 34787
Phone: 305-725-6563


Thank you,

Michel Betancourt

CC

| Rafey S. Balabanian Edelson PC<br><br>350 North LaSalle Street<br>Suite 1300<br>Chicago, IL 60654 | Judge Edmond E. Chang of the U.S. District Court<br><br>219 South Dearborn Street<br>Chicago, IL 60604 | Paradis Law Group, PLLC<br><br>570 Seventh Avenue<br>20th Floor<br>New York, NY 10018 | NATIONSTAR CALL SETTLEMENT<br><br>SETTLEMENT ADMINISTRATOR<br><br>PO BOX 3560<br>PORTLAND OR 97208-9869 |
|---|---|---|---|