IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

**PLAINTIFFS' MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers, respectfully request that the Court enter an Order granting final approval of the Parties' proposed class action Settlement. Plaintiffs' Motion is based upon their Notice of Motion, the Memorandum of Law in Support of Final Approval, the Declaration of Rafey S. Balabanian (and the exhibits attached thereto) in support of the Motion, and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith at the Final Fairness Hearing.

WHEREFORE, Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers, individually and behalf of the Settlement Class, respectfully request that the Court enter an Order (i) granting final approval of the Parties' class action Settlement, (ii) overruling any and all objections raised

1

thereto, and (iii) providing such other and further relief as the Court deems reasonable and just..

                Respectfully submitted,

                **HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES, and ROSE SOMERS**, individually and on behalf of a class of similarly situated individuals,

Dated: April 26, 2016        By: /s/ Rafey S. Balabanian
                                One of Plaintiffs' Attorneys

                Jay Edelson
                jedelson@edelson.com
                Rafey S. Balabanian
                rbalabanian@edelson.com
                Benjamin H. Richman
                brichman@edelson.com
                J. Dominick Larry
                nlarry@edelson.com
                EDELSON PC
                350 North LaSalle Street, 13th Floor
                Chicago, Illinois 60604
                Tel: 312.589.6370
                Fax: 312.589.6378

                Paul O. Paradis (Admitted *pro hac vice*)
                pparadis@hpplawny.com
                Gina M. Tufaro (Admitted *pro hac vice*)
                gtufaro@hpplawny.com
                PARADIS LAW GROUP, PLLC
                570 Seventh Avenue, 20th Floor
                New York, New York 10018
                Tel: 212.986.4500
                Fax: 212.986.4501

                Jack Landskroner (Admitted *pro hac vice*)
                jack@lgmlegal.com
                LANDSKRONER GRIECO MERRIMAN LLC
                1360 West 9th Street, Suite 200
                Cleveland, Ohio 44113
                Tel: 216.522.9000
                Fax: 216.522.9007

Brant C. Martin (Admitted *pro hac vice*)
brant.martin@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: 817.332.7788
Fax: 817.332.7789

Michael P. Sousa (Admitted *pro hac vice*)
sousam@sbcglobal.net
LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Dr., Suite A
San Diego, California 92122
Tel: 858.453.6122, ext. 15

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
Law Offices of Douglas J. Campion, APC
17150 Via Del Campo, Suite 1000
San Diego, California 92127
Tel: 619.299.2901
Fax: 619.858.0034

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 26, 2016, I served the above and foregoing by causing a true and accurate copy of such paper to filed and served via the Court's CM/ECF electronic filing system, which provides electronic notice to all registered users, and by causing it to be transmitted to the person shown below via electronic mail.

John J. Pentz
jjpentz3@gmail.com
LAW OFFICES OF JOHN J. PENTZ
19 Widow Rites Lane
Sudbury, MA 01776

              /s/ Rafey S. Balabanian