**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, a Delaware limited liability company, <br><br> *Defendant*. | Case No. 14-cv-10457 <br><br> Hon. Edmond E. Chang |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR FINAL APPROVAL WITH EXCESS PAGES, *INSTANTER***

Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers ("Plaintiffs"), by and through their undersigned counsel and without opposition from Defendant Nationstar Mortgage, LLC ("Defendant" or "Nationstar"), hereby respectfully move the Court pursuant to Local Rule 7.1 for an Order granting them leave to file a Memorandum of Law in Support of their Motion for Final Approval of Class Action Settlement in excess of the Court's fifteen-page limit. In support of this Motion, Plaintiffs state as follows:

1. On October 14, 2015, the Court granted preliminary approval of the Parties' proposed class action Settlement (the "Preliminary Approval Order"). (Dkt. 60.)

2. On January 27, 2016, the Court granted the Parties' Joint Motion to Approve Addendum to Class Action Settlement Agreement and Revisions to Notice and Claim Forms,

1

resetting the deadline for Plaintiffs to file their motion and memorandum of law in support of final approval of the Settlement to April 26, 2016. (Dkt. 68.)

3. As of this filing, five objections to the Settlement remain pending. Although one objection is only a single page, (*see* dkt. 69), the others—particularly those filed by so-called "professional" objectors—approach the Court's fifteen-page limit on briefs (*see* dkt. 83), or include lengthy exhibits totaling almost 200 pages, (*see* dkt. 80).

4. In the interests of efficiency, and rather than filing five separate responses, Plaintiffs intend to file a single response that addresses each and every objection (along with the other bases for granting final approval of the Settlement) within their Memorandum of Law in Support of their Motion for Final Approval of Class Action Settlement (the "Memorandum").

5. Under Local Rule 7.1, a brief in support of a motion may not exceed fifteen pages absent leave of Court. However, in order to adequately address each objection in a single brief and the other relevant issues, Plaintiffs' Memorandum exceeds the Court's fifteen-page limit.

6. Specifically, Plaintiffs' Memorandum includes a total of forty-seven (47) pages of substance.

7. Prior to filing the instant motion, Class Counsel conferred with counsel for Defendant Nationstar and is authorized to state that Nationstar has no objection to the relief requested herein.

8. Attached hereto as Exhibit 1 is a true and accurate copy of Plaintiffs' Memorandum of Law in Support of Final Approval of Class Action Settlement.

**WHEREFORE,** Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers, individually and behalf of the Settlement Class, respectfully request that the Court enter an Order (i) granting them leave

to file their Memorandum in Support of Motion for Final Approval of Class Action Settlement, the substance of which shall not exceed forty-seven (47) pages, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES, and ROSE SOMERS**, individually and on behalf of a class of similarly situated individuals,

Dated: April 26, 2016    By: /s/ Rafey S. Balabanian
          One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis (Admitted *pro hac vice*)
pparadis@hpplawny.com
Gina M. Tufaro (Admitted *pro hac vice*)
gtufaro@hpplawny.com
PARADIS LAW GROUP, PLLC
570 Seventh Avenue, 20th Floor
New York, New York 10018
Tel: 212.986.4500
Fax: 212.986.4501

Jack Landskroner (Admitted *pro hac vice*)
jack@lgmlegal.com
LANDSKRONER GRIECO MERRIMAN LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Tel: 216.522.9000
Fax: 216.522.9007

Brant C. Martin (Admitted *pro hac vice*)
brant.martin@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: 817.332.7788
Fax: 817.332.7789

Michael P. Sousa (Admitted *pro hac vice*)
sousam@sbcglobal.net
LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Dr., Suite A
San Diego, California 92122
Tel: 858.453.6122, ext. 15

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
Law Offices of Douglas J. Campion, APC
17150 Via Del Campo, Suite 1000
San Diego, California 92127
Tel: 619.299.2901
Fax: 619.858.0034

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 26, 2016, I served the above and foregoing by causing a true and accurate copy of such paper to filed and served via the Court's CM/ECF electronic filing system, which provides electronic notice to all registered users, and by causing it to be transmitted to the person shown below via electronic mail.

John J. Pentz
jjpentz3@gmail.com
LAW OFFICES OF JOHN J. PENTZ
19 Widow Rites Lane
Sudbury, MA 01776

                /s/ Rafey S. Balabanian