**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>        *v.*<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>        *Defendant*. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

**NOTICE OF MOTION**

To:    See attached certificate of service.

      **PLEASE TAKE NOTICE** that on May 5, 2016 at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead, in Courtroom 2119 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present *Plaintiffs' Unopposed Motion for Leave to File Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement with Excess Pages, Instanter*, a true and accurate copy of which has been filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.

                                                      Respectfully submitted,

                                                      **HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES** and **ROSE SOMERS**, individually and on behalf of a class of similarly situated individuals,

Dated: April 26, 2016                      By: /s/ Rafey S. Balabanian
                                                    One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis (Admitted *pro hac vice*)
pparadis@hpplawny.com
Gina M. Tufaro (Admitted *pro hac vice*)
gtufaro@hpplawny.com
PARADIS LAW GROUP, PLLC
570 Seventh Avenue, 20th Floor
New York, New York 10018
Tel: 212.986.4500
Fax: 212.986.4501

Jack Landskroner (Admitted *pro hac vice*)
jack@lgmlegal.com
LANDSKRONER GRIECO MERRIMAN LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Tel: 216.522.9000
Fax: 216.522.9007

Brant C. Martin (Admitted *pro hac vice*)
brant.martin@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: 817.332.7788
Fax: 817.332.7789

Michael P. Sousa (Admitted *pro hac vice*)
sousam@sbcglobal.net
LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Dr., Suite A
San Diego, California 92122
Tel: 858.453.6122, ext. 15

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
Law Offices of Douglas J. Campion, APC
17150 Via Del Campo, Suite 1000
San Diego, California 92127
Tel: 619.299.2901
Fax: 619.858.0034

Case: 1:14-cv-10457 Document #: 106 Filed: 04/26/16 Page 3 of 4 PageID #:1372

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2016, I served the above and foregoing by causing a true and accurate copy of such paper to filed and served via the Court's CM/ECF electronic filing system, which provides electronic notice to all registered users, and by causing it to be transmitted to the person shown below via electronic mail.

John J. Pentz
jjpentz3@gmail.com
LAW OFFICES OF JOHN J. PENTZ
19 Widow Rites Lane
Sudbury, MA 01776

                                              /s/ Rafey S. Balabanian