IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>    *Defendant*. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

**PLAINTIFFS' AND OBJECTOR MITCHELL'S STIPULATION TO SET BRIEFING
SCHEDULE ON MOTION FOR LEAVE TO CONDUCT DISCOVERY**

  Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers ("Plaintiffs"), and Objector Amy Jo Mitchell ("Mitchell"), by and through their undersigned counsel, hereby stipulate and agree to the briefing schedule set forth below regarding Plaintiffs' pending Motion for Discovery from Objectors Connie Pentz, Amy Jo Mitchell, and William and Kerry Youngblood (dkt. 99 [the "Motion"]), and Mitchell's anticipated response in opposition thereto. In support of the instant stipulation, Plaintiffs and Mitchell state as follows:

  **WHEREAS**, on April 4, 2016, Mitchell filed her objection to the Parties' proposed class action Settlement. (Dkt. 83.)

  **WHEREAS**, thereafter, Plaintiffs and Mitchell met and conferred (through counsel) telephonically and through written correspondence regarding Mitchell's objection and certain discovery Plaintiffs seek from her and her counsel, and as a result of their inability to arrive at an

1

agreement regarding Plaintiffs' proposed discovery, Plaintiffs filed the Motion. (*See* dkt. 99.)

**WHEREAS**, following the filing of the Motion, Mitchell indicated her intent to file a response in opposition and the Parties conferred regarding the setting of a briefing schedule in that respect.

**WHEREAS**, as a result, Plaintiffs and Mitchell have agreed that (i) Mitchell shall file her opposition to the Motion (if at all) no later than May 2, 2016 at 12:00 p.m. CST, and (ii) Plaintiffs shall file a reply in support of the Motion (if at all) no later than May 5, 2016 at 12:00 p.m. CST.[1]

**NOW THEREFORE, IT IS HEREBY STIPULATED** and **AGREED**, by and between Plaintiffs and Mitchell that:

1. Mitchell shall file her opposition to Plaintiffs' Motion (if at all) no later than May 2, 2016 at 12:00 p.m. CST; and,

2. Plaintiffs shall file their reply in support of the Motion (if at all) no later than May 5, 2016 at 12:00 p.m. CST.

**IT IS SO STIPULATED.**

                                              **HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES** and **ROSE SOMERS**, individually and on behalf of a class of similarly situated individuals,

Dated: April 26, 2016                  By: /s/ Rafey S. Balabanian
                                                                              One of Plaintiffs' Attorneys

---

[1] On April 21, 2016, Class Counsel contacted the Court's chambers to confirm whether the presentment of Plaintiffs' Motion could be set for May 6, 2016—the same day as two other hearings in this case that were previously set by the Court. (*See* dkts. 91 – 92.) Class Counsel was instructed to notice the Motion for presentment on May 5, 2016, and informed that the presentment hearing would be subsequently continued to May 6th to coincide with the other scheduled hearings.

        Jay Edelson
        jedelson@edelson.com
        Rafey S. Balabanian
        rbalabanian@edelson.com
        Benjamin H. Richman
        brichman@edelson.com
        J. Dominick Larry
        nlarry@edelson.com
        EDELSON PC
        350 North LaSalle Street, 13th Floor
        Chicago, Illinois 60604
        Tel: 312.589.6370
        Fax: 312.589.6378

        Paul O. Paradis (Admitted *pro hac vice*)
        pparadis@hpplawny.com
        Gina M. Tufaro (Admitted *pro hac vice*)
        gtufaro@hpplawny.com
        PARADIS LAW GROUP, PLLC
        570 Seventh Avenue, 20th Floor
        New York, New York 10018
        Tel: 212.986.4500
        Fax: 212.986.4501

        **AMY JO MITCHELL, OBJECTOR**,

Dated: April 26, 2016        By: /s/ W. Allen McDonald

        W. Allen McDonald
        amcdonald@lpwpc.com
        Lacy, Price & Wagner
        249 North Peters Road, Suite 101
        Knoxville, Tennessee 37914
        Tel: 865.246.0800

        *Counsel for Objector Amy Jo Mitchell*

**IT IS SO ORDERED.**

ENTERED: _____

        HONORABLE EDMOND E. CHANG
        UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

   I, Rafey S. Balabanian, an attorney, hereby certify that on April 26, 2016, I served the above and foregoing ***Plaintiffs' and Objector Mitchell's Stipulation to Set Briefing Schedule on Motion for Leave to Conduct Discovery***, by causing a true and accurate copy of such paper to filed and served on all counsel of record via the Court's CM/ECF electronic filing system and further, by causing it to be transmitted to the person shown below via electronic mail.

John J. Pentz
jjpentz3@gmail.com
LAW OFFICES OF JOHN J. PENTZ
19 Widow Rites Lane
Sudbury, Massachusetts 01776

                 /s/ Rafey S. Balabanian