## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: HEATHER WRIGHT, et al. v. NATIONSTAR MORTGAGE LLC

Case Number: 14-cv-10457

An appearance is hereby filed by the undersigned as attorney for:
Objector Connie Pentz

Attorney name (type or print): Arthur J. Howe

Firm: Howe Law LLC

Street address: 155 N Wacker Dr Ste 4250

City/State/Zip: Chicago IL 60606

Bar ID Number: IL 6190109
(See item 3 in instructions)

Telephone Number: 312.600.8336

Email Address: howe@howe-llc.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/29/16

Attorney signature: S/ Arthur J. Howe
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015