UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Heather Wright, et al.
Plaintiff,

v.  Case No.: 1:14−cv−10457
Honorable Edmond E. Chang

Nationstar Mortgage LLC
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 19, 2016:

MINUTE entry before the Honorable Edmond E. Chang: Fairness hearing held. Plaintiffs' motion for final approval and motion for attorney fees, expenses, and incentive awards are taken under advisement. The parties will be notified of the decision by a posting on the docket in due course. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.