IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>      *Defendant*. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

**SUPPLEMENTAL DECLARATION OF RAFEY S. BALABANIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted to practice in the United States District Court for the Northern District of Illinois. I am entering this supplemental declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement. This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify to the matters stated herein, I could and would competently do so.

2. I am the Managing Partner and the General Counsel of Edelson PC, and along with my co-counsel, Paul O. Paradis, have been appointed by this Court to act as Co-Lead Class Counsel in this Action.

3. During the Court's May 19, 2016 final fairness hearing regarding Plaintiffs' Motion for Final Approval of Class Action Settlement, I represented to the Court that Defendant had provided my firm with documentation showing that Objectors Connie Pentz and Amy Jo

1

Mitchell had received calls from Defendant on telephone numbers the Objectors had listed on applications for loans that were ultimately serviced by Defendant.

4. In the interest of providing the Court with a complete record, Plaintiffs hereby submit copies of Ms. Pentz's and Ms. Mitchell's loan applications to the Court. The loan applications are attached as Exhibits A and B to this declaration.

5. As the loan applications make clear, the telephone numbers listed on the loan applications are the same numbers on which Objectors Pentz and Mitchell allege they received calls from Nationstar. (*Compare* Ex. A at 1 (listing -0825 telephone number) *and* dkt. 83 at 3 (stating that calls were received on -0825 cellular number); *compare* Ex. B at 2 (listing -1193 number) *and* dkt. 80 at 1 (stating that calls were received on -1193 cellular number)).

*Exhibits*

6. A true and accurate copy of Objector Amy Jo Mitchell's application for the loan ultimately serviced by Defendant is attached as Exhibit A.

7. A true and accurate copy of Objector Amy Jo Mitchell's application for the loan ultimately serviced by Defendant is attached as Exhibit B.

\*    \*    \*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of June, 2016, at San Francisco, California.

s/ Rafey S. Balabanian

## **CERTIFICATE OF SERVICE**

  I, Rafey S. Balabanian, an attorney, hereby certify that on June 28, 2016, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                s/ Rafey S. Balabanian