IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

**PLAINTIFFS' UNOPPOSED MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers ("Plaintiffs"), by and through their undersigned counsel and without opposition from Defendant Nationstar Mortgage, LLC ("Defendant" or "Nationstar"), hereby respectfully move the Court for an Order granting them leave to file certain documents under seal, in conjunction with the Supplemental Declaration of Rafey S. Balabanian in Support of Plaintiff's Motion for Final Approval. In support of this Motion, Plaintiffs state as follows:

1. On May 19, 2016, this Court held the final fairness hearing to evaluate the Parties' Class Action Settlement in this matter.

2. During the final fairness hearing, Class Counsel noted that Nationstar's records indicated that Objector Connie Pentz and Objector Amy Jo Mitchell both provided the cell phone numbers on which they were allegedly called by Nationstar on their original loan applications.

1

3. In the interest of providing the Court with a complete record, Plaintiffs seek leave to lodge Ms. Pentz's and Ms. Mitchell's loan applications with the Court. (*See* Balabanian Decl., Ex. 1, 2.) Because those documents contain private personal information about Ms. Pentz and Ms. Mitchell, Plaintiffs seek to file those documents entirely under seal.

4. Pursuant to the Court's Local Rules, Plaintiff will promptly submit to the Court in chambers, in a sealed envelope—bearing the caption of the case, case number, the title of the document to which the submitted confidential information pertains, and the name and telephone number of counsel submitting the documents—unredacted copies of Exhibits A and B to the Balabanian Declaration.

5. Prior to filing the instant motion, counsel for Plaintiffs conferred with Defendant's counsel regarding the relief requested herein. Plaintiffs are authorized to state that Defendant has no opposition to the same.

**WHEREFORE,** Plaintiffs Heather Wright, Carole Stewart, Jeanette Childress, Robert Jordan, Sean Halbert, Dana Skelton, Vanessa Ruggles, and Rose Somers, individually and behalf of the Settlement Class, respectfully request that the Court enter an Order (i) granting them leave to file Exhibits A and B to the Supplemental Declaration of Rafey S. Balabanian in Support of Plaintiffs' Motion for Final Approval, and (ii) providing such other and further relief as the Court deems reasonable and just.

    Respectfully submitted,

    **HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, VANESSA RUGGLES,** and **ROSE SOMERS**, individually and on behalf of a class of similarly situated individuals,

Dated: June 28, 2016						By: s/ Rafey S. Balabanian
								       One of Plaintiffs' Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson
jedelson@edelson.comBenjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis (Admitted *pro hac vice*)
pparadis@hpplawny.com
Gina M. Tufaro (Admitted *pro hac vice*)
gtufaro@hpplawny.com
PARADIS LAW GROUP, PLLC
570 Seventh Avenue, 20th Floor
New York, New York 10018
Tel: 212.986.4500
Fax: 212.986.4501

Jack Landskroner (Admitted *pro hac vice*)
jack@lgmlegal.com
LANDSKRONER GRIECO MERRIMAN LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Tel: 216.522.9000
Fax: 216.522.9007

Brant C. Martin (Admitted *pro hac vice*)
brant.martin@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: 817.332.7788

Fax: 817.332.7789

Michael P. Sousa (Admitted *pro hac vice*)
sousam@sbcglobal.net
LAW OFFICES OF MICHAEL P. SOUSA, APC
3232 Governor Dr., Suite A
San Diego, California 92122
Tel: 858.453.6122, ext. 15

Douglas J. Campion (Admitted *pro hac vice*)
doug@djcampion.com
Law Offices of Douglas J. Campion, APC
17150 Via Del Campo, Suite 1000
San Diego, California 92127
Tel: 619.299.2901
Fax: 619.858.0034

## **CERTIFICATE OF SERVICE**

    I, Rafey S. Balabanian, an attorney, hereby certify that on June 28, 2016, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                             s/ Rafey S. Balabanian