UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____
|                                   |
| **HEATHER WRIGHT, et. al.**     : | Case No. 1:14-cv-10457
|   **Plaintiffs**                : |
|                                 : |
|         vs.                     : |
|                                 : |
| **NATIONSTAR MORTGAGE LLC**     : |
|   **Defendant**                 : |
|_____: |

**NOTICE OF APPEAL**

Notice is hereby given that William Youngblood and Kerry Youngblood, Objectors in the above named case, hereby appeal to the United States District Court of Appeals for the Seventh Circuit from the final judgment [DE 135] entered in this action on August 29, 2016.


Date: September 8, 2016

>  */s/ Brent F. Vullings, Esq.*_____
> Brent F. Vullings, Esq.
> Attorney for William Youngblood
> and Kerry Youngblood
> Vullings Law Group, LLC
> 3953 Ridge Pike Suite 102
> Collegeville, PA 19426
> Telephone: 610-489-6060