# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| HEATHER WRIGHT, CAROLE STEWART, JEANETTE CHILDRESS, ROBERT JORDAN SEAN HALBERT, DANA SKELTON VANESSA RUGGLES and ROSE SOMERS, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>NATIONSTAR MORTGAGE LLC,<br>Defendant. | Case No. 14-cv-10457<br><br>Hon. Edmond E. Chang |

## NOTICE OF APPEAL

Class member Connie Pentz hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order (Document 134) and Final Judgment (Document 135) entered in this action on August 29, 2016.

        Respectfully submitted,
        Connie Pentz, by her attorneys,

        /s/ Arthur J. Howe
        Arthur J. Howe
        Howe Law LLC
        155 N Wacker Dr Ste 4250
        Chicago, IL 60606
        Phone: (312) 600-8336
        howe@howe-llc.com

        /s/ John J Pentz
        John J. Pentz, *pro hac vice*
        19 Widow Rites Lane
        Sudbury, MA 01776
        Phone: (978) 261-5725
        jjpentz3@gmail.com

**CERTIFICATE OF SERVICE**

   I certify that on September 27, 2016, I electronically filed a true copy of the foregoing document with the Clerk of the Court by using the CM/ECF system and that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF, upon all counsel who are registered CM/ECF users.

                */s/ John J Pentz*