# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HEATHER WRIGHT, *et. al*. individually and on behalf of all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) NATIONSTAR MORTGAGE LLC, a ) Delaware limited liability company, ) ) Defendant. ) | Case No. 14-cv-10457<br><br>Honorable Edmond E. Chang |

## NOTICE OF APPEAL

Class member/Objector Amy Jo Mitchell hereby appeals to the United States Court of Appeals for the Seventh Circuit from (1) the <u>Memorandum Opinion and Order</u> entered on August 29, 2016 (Dkt. 134) and (2) the <u>Final Judgment and Order of Dismissal With Prejudice</u> also entered on August 29, 2016 (Doc. 135).

Dated this 27th day of September, 2016.

/s/ W. Allen McDonald
W. Allen McDonald, Esq.
249 N. Peters Road
Suite 101
Knoxville, TN 37923-4917
Tel: 865 246 0800
*Counsel for Amy Jo Mitchell*

## CERTIFICATE OF SERVICE

I do hereby certify that on September 27, 2016, a copy of the foregoing Notice of Appeal was submitted electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ W. Allen McDonald
W. Allen McDonald, Esq.