# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 27, 2016

**To:**   Thomas G. Bruton
   Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 16-3537
>
> Caption:
> HEATHER WRIGHT, individually and on behalf of all others similarly situated, et al.,
> Plaintiffs - Appellees
>
> v.
>
> NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,
> Defendant - Appellee
>
> APPEAL OF: CONNIE PENTZ
>
> ---
>
> District Court No: 1:14-cv-10457
> District Judge Edmond E. Chang
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 09/27/2016

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)