## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 21, 2016

*By the Court:*

| | |
|---|---|
| No. 16-3538 | HEATHER WRIGHT, individually and on behalf of all others similarly situated, et al.,<br>Plaintiffs - Appellees<br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br>Defendant - Appellee<br><br><br>APPEAL OF: AMY JO MITCHELL |
| **Originating Case Information:** | |
| District Court No: 1:14-cv-10457<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang | |

Upon consideration of the **APPELLANT AMY JO MITCHELL'S UNOPPOSED MOTION TO DISMISS HER APPEAL WITH PREJUDICE**, filed on October 20, 2016, by counsel for the appellant

**IT IS ORDERED** that appeal no. 16-3538 is voluntarily **DISMISSED**. See Fed. R. App. P. 42(b). Appeals no. 16-3376 and no. 16-3537 remain pending in this court.

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit