# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 24, 2016

*By the Court:*

| No. 16-3376 | HEATHER WRIGHT, individually and on behalf of all others similarly situated, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, <br> Defendant - Appellee <br><br><br> APPEAL OF: KERRY YOUNGBLOOD, et al., |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:14-cv-10457 <br> Northern District of Illinois, Eastern Division <br> District Judge Edmond E. Chang | |

Upon consideration of the **MOTION TO WITHDRAW APPEAL**, filed on October 21, 2016, by counsel for the appellant,

**IT IS ORDERED** that this appeal no. 16-3376 is voluntarily **DISMISSED**. See Fed. R. App. P. 42(b). Appeal no. 16-3537 remains pending in this court.

CERTIFIED COPY



A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit