# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 25, 2016

*By the Court:*

| No. 16-3537 | HEATHER WRIGHT, individually and on behalf of all others similarly situated, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company, <br> Defendant - Appellee <br><br> APPEAL OF: CONNIE PENTZ |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cv-10457 <br> Northern District of Illinois, Eastern Division <br> District Judge Edmond E. Chang ||

Upon consideration of the **UNOPPOSED MOTION TO DISMISS APPEAL**, filed on October 24, 2016, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellant Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**(form ID: **137**)