Clerk of Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

January 31, 2017

Re: *Wright, et al. v. Nationstar Mortgage LLC*, Case No. 14-cv-10457.

I am writing because I have not received any notification or settlement of this. I received the legal notice and returned my claim form as requested.

My cell phone number that Nationstar Mortgage had on file: 415-350-5393.
My husband's cell phone: 415-497-6073.

Please let me know the status,

Thank you very much,

Francine Huss
PO Box 775
Healdsburg, CA 95448

FILED
MAR 07 2017 TM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Cc:

Class Counsel
Rafey S. Balabanian
Edelson PC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654

Class Counsel
Paul O. Paradis
Paradis Law Group, PLLC
570 Seventh Avenue, 20th Floor
New York, New York 10018

Defense Counsel
Abraham J. Colman
Raymond Y. Kim
Reed Smith LLP
355 South Grand Ave.
Suite 2900
Los Angeles, CA 90071